```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

**In Re: Colgate-Palmolive**
**Softsoap Antibacterial Hand Soap**
**Marketing and Sales Practices Litigation**

                                          MDL No. 12-cv-2320-PB

## O R D E R

Unless requesting emergency relief, the parties shall refrain from filing additional pleadings in the lead or member MDL cases until the court issues Case Management Order No. 1 or otherwise requests party submissions. All non-emergency pleadings filed in violation of this order shall be stricken by the clerk's office without further order of the court.

SO ORDERED.


March 9, 2012                          */s/ Paul Barbadoro*
                                            Paul Barbadoro
                                            United States District Judge


cc: All Counsel of Record