UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COLGATE−PALMOLIVE SOFTSOAP
ANTIBACTERIAL HAND SOAP MARKETING
AND SALES PRACTICES LITIGATION                      MDL No. 2320

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−1)**

On March 7, 2012, the Panel transferred 6 civil action(s) to the United States District Court for the District of New Hampshire for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of New Hampshire. With the consent of that court, all such actions have been assigned to the Honorable Paul J Barbadoro.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Hampshire and assigned to Judge Barbadoro.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Hampshire for the reasons stated in the order of March 7, 2012, and, with the consent of that court, assigned to the Honorable Paul J Barbadoro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Hampshire. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ECF DOCUMENT CERTIFIED
TO BE A TRUE COPY OF A DOCUMENT
ELECTRONICALLY FILED IN USDC-NH

JAMES R. STARR, CLERK

By Vincent L. Negron
DEPUTY CLERK
Mar 16, 2012

**IN RE: COLGATE−PALMOLIVE SOFTSOAP
ANTIBACTERIAL HAND SOAP MARKETING
AND SALES PRACTICES LITIGATION**   MDL No. 2320

**SCHEDULE CTO−1 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| FLORIDA MIDDLE | | | |
| FLM | 2 | 11−00644 | Porter v. Colgate−Palmolive Company |
| NEW JERSEY | | | |
| NJ | 1 | 11−07026 | DONOHUE v. COLGATE−PALMOLIVE COMPANY |

```
Assigned to Judge Paul Barbadoro
```