# EXHIBIT B

## **LEGAL NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**This notice concerns you and your legal rights if you purchased Colgate-Palmolive Company** ("Colgate") **brand liquid hand soap products containing the antibacterial ingredient triclosan that Colgate has manufactured, marketed, promoted, and/or sold in the United States from January 1, 1992 up to and including the date of this notice**

*IN RE: COLGATE-PALMOLIVE SOFT SOAP ANTIBACTERIAL HAND SOAP MARKETING & SALES PRACTICES LITIGATION*

CASE NO. 1:12-md-02320-PB

A settlement has been proposed in a class action lawsuit concerning the labeling and marketing of Colgate-Palmolive Company ("Colgate") brand liquid hand soap products containing the antibacterial ingredient triclosan that Colgate has manufactured, marketed, promoted, and/or sold in the United States from January 1, 1992 up to and including the date of this notice.

**WHAT ARE THE SETTLEMENT TERMS?**
Defendants and Plaintiffs have agreed to a settlement that includes changes to the labeling and marketing of Colgate liquid hand soap, such that Defendant will make certain statements and refrain from making other statements on the Product's labeling and marketing (the "Injunctive Relief"). All Class Members will receive these benefits equally.

**WHO IS INCLUDED?**
This notice applies to you if, in the United States, you purchased Colgate brand liquid hand soap products containing the antibacterial ingredient triclosan. **This Notice is just a summary**. For more complete information, you should read the Full Notice, which is available at www.SoftSoapAntibacterialClassActionSettlement.com

**WHAT IS THE LAWSUIT ABOUT?**
Plaintiffs brought a lawsuit against Defendants for alleged deceptive labeling and marketing of Colgate liquid hand soap. Defendant denies that the liquid hand soap was deceptively labeled or marketed but have agreed to the proposed settlement to resolve this class action.

**WHAT AM I GIVING UP FOR THIS BENEFIT?**
If the settlement is approved by the Court, then you release all injunctive, declaratory, and equitable claims concerning Colgate's labeling and marketing of its liquid hand soap that were or could have been raised in this lawsuit and you cannot bring another lawsuit asserting such claims. It also means that the Court's order will apply to you and bind you even if you have objected. For more details on the terms of the release, see www.SoftSoapAntibacterialClassActionSettlement.com.

**WHAT ARE MY OPTIONS?**
If you are a Class Member, you can object to the settlement and give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to the settlement in *In re: Colgate-Palmolive Soft Soap Antibacterial Hand Soap Marketing and Sales Practices Litigation*, Case No. 1:12-md-02320-PB. Be sure to include your name, address, telephone number, signature and the reasons why you object to the settlement. You must send your objection by first class mail to the Notice Administrator, the Court, and to one of the attorneys for the Settlement Class ("Class Counsel") and the attorneys for Defendant. A list of the attorneys is provided on the Full Notice, available at www.SoftSoapAntibacterialClassActionSettlement.com. Your

objection must be postmarked no later than _____, 2015 or your objection will not be valid and will not be considered by the Court.

You may ask the Court to speak at the hearing on the approval of the settlement. To do so, you must send a letter saying that it is your "Notice of Intention to Appear" in *In re: Colgate-Palmolive Soft Soap Antibacterial Hand Soap Marketing and Sales Practices Litigation*, Case No. 1:12-md-02320-PB. Include your name, address, telephone number and signature. Your Notice of Intention to Appear must be postmarked no later than _____, 2015, and also must be sent to the Clerk of Court, Class Counsel and Defendant's Counsel at their addresses in the Full Notice. You cannot speak at the hearing if your Notice of Intention to Appear is late.

**WILL THE COURT APPROVE THE PROPOSED SETTLEMENT?**
This Court granted preliminary approval of the Settlement, and will hold a Final Approval Hearing on _____, 2015 in the U.S. District Court for the District of New Hampshire, 55 Pleasant Street Room 110, Concord, NH 03301 to consider whether the Proposed Settlement is fair, reasonable, and adequate and to consider Class Counsel's request for attorneys' fees, costs, and expenses.

**WHO REPRESENTS ME?**
This Court has appointed Class Counsel to represent the Class. Class Counsel will request the Court award attorneys' fees, costs, and expenses in an amount to be paid entirely by Defendant not to exceed $2,000,000 for Class Counsel's work on this case; the judge may allocate some of that award to Class Representatives for their participation. You may hire your own attorney, if you wish, but you will be responsible for that attorney's fees and costs.

**WHERE CAN I OBTAIN MORE INFORMATION?**
For more information, you can view the court file in the Clerk's Office at the courthouse address above or visit the settlement website at www.SoftSoapAntibacterialClassActionSettlement.com. Please Do Not Contact The Court Or The Clerk Of The Court Concerning This Notice.