# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: COLGATE-PALMOLIVE ) <br> SOFTSOAP ANTIBACTERIAL HAND ) <br> SOPA MARKETING AND SALES ) <br> PRACTICES LITIGATION ) <br> (MDL NO. 2320) ) <br> _____ ) | MDL Docket No. 12-md-2320-PB <br><br> All Actions |

## STIPULATION AND [PROPOSED] ORDER TO CLARIFY THE PARTIES' PROPOSED SETTLEMENT AGREEMENT AND RELEASE

All Parties to the Proposed Settlement Agreement and Release (the "Settlement Agreement"), filed in this case on May 29, 2015 (Dkt. No. 92-2), including the named plaintiffs Tracy Nieblas, Shari Elstein, Kristina Pearson, Adam Emery and Jeff Dyke, in their individual capacities and as class representatives ("Plaintiffs"), and Defendant Colgate-Palmolive Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the release set forth in paragraph 31 of the Settlement Agreement which provides in pertinent part, "the Releasing Parties forever release and forever discharge all injunctive, declaratory, or equitable Claims" is intended to include only **non-monetary equitable claims.** This clarification was provided to Settlement Class Members on June 30, 2015, via a posting on the settlement website. The Parties further agree that this Stipulation to Clarify Proposed Settlement Agreement and Release shall be posted on the settlement website, www.SoftSoapAntibacterialClassActionSettlement.com.

| | |
|---|---|
| /s/ Lucy J. Karl<br>Lucy J. Karl<br>NH Bar No. 5547<br>**SHAHEEN & GORDON, P.A.**<br>107 Storrs Street, P.O. Box 2703<br>Concord, New Hampshire 03302<br>Telephone: (603) 225-7262<br>Facsimile: (603) 225-5112<br>lkarl@shaheengordon.com<br><br>*Plaintiffs' Interim Lead Counsel* | /s/ Shon Morgan<br>Shon Morgan<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>shonmorgan@quinnemanuel.com<br><br>/s/ Michele E. Kenney<br>Michele E. Kenney<br>NH Bar No. 19333<br>**Pierce Atwood, LLP**<br>One New Hampshire Avenue, Suite 350<br>Portsmouth, New Hampshire 03801<br>Telephone: (603) 433-6300<br>Facsimile: (603) 433-6372<br>mkenney@pierceatwood.com<br>*Attorneys for Defendant Colgate-Palmolive Company* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2015, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to registered counsel of record for each party.

/s/ Lucy J. Karl
Lucy J. Karl (NH Bar # 5547)

**APPROVED BY THE COURT:**

Dated:_____     _____
                                  Barbadoro, J.