July 29, 2015

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED

2015 JUL 29 P 2:31

Office of the Clerk

United States District Court for the District of New Hampshire

55 Pleasant Street - Room 110

Concord, New Hampshire   03301

**In re:  Colgate-Palmolive Soft Soap Antibacterial Hand Soap Marketing and Sales Practices Litigation**

To Whom It May Concern:

I have been using Colgate Soft Soap Antibacterial Hand Soap for the last 10+ years and object to the deceptive labeling and marketing of this product.

Therefore, I am asking the Court not to approve the settlement with Colgate when a hearing is held on September 28, 2015.

Yours truly,

*[signature]*

Linda D'Agostino

15 West Pine Way – Unit 14

Plainville, CT  06062

978-768-6626