UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: COLGATE-PALMOLIVE         ) <br> SOFTSOAP ANTIBACTERIAL HAND  ) <br> SOAP MARKETING AND SALES       ) <br> PRACTICES LITIGATION                    ) <br> (MDL NO. 2320)                                  ) <br> _____) | MDL Docket No. 12-md-2320-PB <br><br> All Actions |

## ASSENTED-TO MOTION OF CLASS COUNSEL
## FOR ATTORNEYS FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule 23.1 and this Court's Preliminary Approval Order dated June 5, 2015 (Dkt. 93) (the "Preliminary Approval Order"), plaintiffs Tracy Nieblas, Shari Elstein, Kristina Pearson, Adam Emery and Jeff Dyke, in their individual capacities and as class representatives ("Plaintiffs"), by and through Class Counsel, respectfully move this Court for entry of an Order awarding Attorneys' Fees and Expenses, including Notice Administrator fees and Representative Plaintiffs' Incentive Payments, in the aggregate amount of $2,000,000, for the reasons set forth in the Plaintiffs' supporting Memorandum, attached hereto.

Of this aggregate amount, Class Counsel respectfully request that the Court grant their request for Representative Plaintiffs incentive payments of $2,500 per class representative, for a total aggregate incentive payment amount of $12,500.00, Notice Administrator fees in the amount of $174,496, and Class Counsel attorneys' fees and expenses in the amount of $1,813,004, payable by Defendant Colgate-Palmolive Company.  Defendant assents to the filing of this motion and the relief requested herein.

Dated: August 3, 2015								Respectfully submitted,

/s/ Lucy J. Karl

Lucy J. Karl
NH Bar No. 5547
**SHAHEEN & GORDON, P.A.**
107 Storrs Street
Concord, New Hampshire 03302
Telephone: (603) 225-7276
Facsimile: (603) 225-5112
lkarl@shaheengordon.com
*Plaintiffs' Interim Lead Counsel*

*Plaintiffs' Executive Committee*

| | |
|---|---|
| Richard J. Arsenault<br>Douglas E. Rushton<br>**NEBLETT, BEARD & ARSENAULT**<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, Louisiana 71309<br>Telephone: (216) 621-8484<br>Facsimile: (216)771-1632<br>rarsenault@nbalawfirm.com | Adam J. Levitt<br>Edmund S. Aronowitz<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>55 West Monroe Street, Suite 1111<br>Chicago, Illinois 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001<br>levitt@whafh.com |
| John A. Peca<br>**CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., L.P.A.**<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br>Telephone: (216) 621-8484<br>Facsimile: (216) 771-1632<br>jrclim@climacolaw.com | Charles E. Schaffer<br>Brian F. Fox<br>**LEVIN, FISHBEIN, SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663<br>cschaffer@lfsblaw.com |
| Eric D. Holland<br>R. Seth Crompton<br>**HOLLANDGROVES SCHNELLER & STOLZE, LLC**<br>300 North Tucker Boulevard, Ste. 801<br>St. Louis, Missouri 63101<br>Telephone: (314) 241-8111<br>Facsimile: (314) 241-5554<br>eholland@allfela.com | |

*Plaintiffs' Steering Committee*

| | |
|---|---|
| Matthew B. Butler<br>**NICHOLAS & BUTLER, LLP**<br>225 Broadway, 19th Floor<br>San Diego, California92101<br>Telephone: (619) 325-0492<br>Facsimile: (619) 325-0496<br>mbutler@nblaw.org | David C. Rash<br>**DAVID C. RASH, P.A.**<br>1655 North Commerce Parkway<br>Weston, Florida 33326<br>Telephone: (954) 515-0072<br>Facsimile: (954) 515-0073<br>david@dcrashlaw.com |
| Laurence D. King<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, California94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 329-4707<br>lking@kaplanfox.com | James C. Shah<br>**SHEPHERD, FINKELMAN,**<br>**MILLER & SHAH, LLC**<br>35 East State Street<br>Media, Pennsylvania19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br>jshah@sfmslaw.com |

Jordan L. Chaikin
**PARKER & WAICHMAN LLP**
3301 Bonita Beach Road
Suite 103
BonitaSprings, Florida  34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
jchaikin@yourlawyer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 3, 2015, she caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Undersigned counsel further certifies that she caused this document to be served via First Class Mail, Postage Prepaid to the following:

Anna St. John
2512 Palmer Avenue
New Orleans, LA  70118

Michelle Schwanekamp
5764 Chestnut Ridge Drive
Cincinnati, OH  45230-3591

Linda D'Agostino
15 West Pine Way
Unit 14
Plainville, CT  06062

|  |  |  |
|---|---|---|
| Dated: August 3, 2015 | By: | <u>/s/ Lucy J. Karl</u><br>Lucy J. Karl<br>NH Bar #5547 |