# EXHIBIT 2

# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: COLGATE-PALMOLIVE | ) | MDL Docket No. 12-md-2320-PB |
| SOFTSOAP ANTIBACTERIAL HAND | ) | |
| SOAP MARKETING AND SALES | ) | ALL ACTIONS |
| PRACTICES LITIGATION (MDL No. 2320) | ) | |
| | ) | |

### AFFIDAVIT OF RICHARD J. ARSENAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REPRESENTATIVE PLAINTIFFS' INCENTIVE PAYMENTS

I, RICHARD J. ARSENAULT, am over the age of eighteen (18) and otherwise competent to testify to all facts and/or opinions contained in this Affidavit.

1.      I am the managing partner of Neblett, Beard & Arsenault. I make this Affidavit of my own personal knowledge, and if called to do so, I could testify competently to the matters stated herein.  I was appointed to the Plaintiffs' Executive Committee (Dkt. No. 20) in this litigation.

2.      I am an attorney admitted to practice in the following state courts: Louisiana, Texas, Colorado and Washington, D.C. In addition to admission to the United States Supreme Court and United States Courts of Appeals (Fifth, Eleventh and Third Circuits), I have also been admitted generally in federal courts in Louisiana, Texas and Colorado. I have also been admitted as pro hac vice in state and federal courts in Missouri, Pennsylvania, Delaware, Minnesota, California, Florida, Kansas, Arizona, Arkansas, Ohio, New York, Illinois, West Virginia, Georgia, Indiana, Washington, New Jersey and Wisconsin. I lead my firm's aggregate litigation department and have been appointed as co-lead, steering committee and executive committee in a variety of consumer, product, and financial litigations from coast to coast. My credentials include successful prosecution of litigation in state and federal court resulting in recoveries of billions of dollars.  A copy of my curriculum vitae is attached hereto as *Exhibit A*.

3.      This Affidavit is provided in support of Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Representative Plaintiff's Incentive Payments. I have personal knowledge of the time keeping, expense tracking and systems of my law firm as I am the managing partner.

4.      From the inception of this litigation through July 31, 2015, Neblett, Beard & Arsenault expended **555.10 hours** of work in connection with this litigation.  Based upon our customary rates in this type of litigation, the lodestar value of that time is **$327,128.75**.

5.      My firm's work on this case was performed on a wholly contingent basis.  Neblett, Beard & Arsenault has not received any amounts in connection with this case either as fee income or expense reimbursement.  Additionally, all expense amounts were incurred and paid by my firm out of operating funds.

6.      Shown below is a true and correct summary identifying the attorneys who have worked on this litigation, the number of hours those individuals worked, their regular hourly billing rates and their respective lodestar values.

7.      The hourly rates shown below are the usual and customary rates charged by our firm in connection with litigations similar to the instant litigation. These rates are not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other employment, the delay in payment or any other factors that could be used to justify higher hourly compensation.

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Richard J. Arsenault | Senior Partner | 241.50 | $ 750.00 | 181,125.00 |
| Jennifer Hoekstra | Senior Associate Attorney | 28.75 | $ 595.00 | 17,106.25 |
| Todd Campbell | Senior Associate Attorney | 7.00 | $ 595.00 | 4,165.00 |
| Mary Nell Bennett | Junior Associate Attorney | 3.70 | $ 450.00 | 1,665.00 |

| | | | | |
|---|---|---|---|---|
| Laura Singletary | Junior Associate Attorney | 1.55 | $ 450.00 | 697.50 |
| LaToya Burrell | Junior Associate Attorney | 4.50 | $ 450.00 | 2,025.00 |
| Sri V. Gupta | Junior Associate Attorney | 7.50 | $ 450.00 | 3,375.00 |
| Douglas E. Rushton | Junior Associate Attorney | 212.25 | $ 450.00 | 95,512.50 |
| Blakely Molitor | Junior Associate Attorney | 0.75 | $ 450.00 | 337.50 |
| Veronika Humphries | Junior Associate Attorney | 0.30 | $ 450.00 | 135.00 |
| Airzola Cleaves | Junior Associate Attorney | 46.30 | $ 450.00 | 20,835.00 |
| Heather Blalock | Paralegal | 1.00 | $ 150.00 | 150.00 |
| *TOTALS:* | | *555.10* | | *$ 327,128.75* |

8.      These amounts were derived from contemporaneous time records Neblett, Beard & Arsenault compiled on this matter, which are recorded in our computerized database.  The firm requires regular and contemporaneous recording of time records, which occurred in this case.

9.      The lodestar summary reflects Neblett, Beard & Arsenault's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

10.      Neblett, Beard & Arsenault has advanced a total of **$13,637.73** in expenses reasonably and necessarily incurred in connection with the prosecution of this litigation.  They are broken down as follows:

| *EXPENSE CATEGORY* | *AMOUNT* |
|---|---|
| Telephone – Long Distance | 12.96 |
| Travel, Meals, Hotels & Transportation | 10,624.77 |
| Litigation Fund Contributions – Assessments | 3,000.00 |
| *TOTAL:* | *$ 13,637.73* |

3

11.     These expenses are reflected in the books and records regularly kept and maintained by my firm.

12.     The time expended and expenses incurred in prosecuting this action were reasonable and necessary for the diligent litigation of the matter.

13.     The terms of the Settlement Agreement were reached after extensive negotiations and through investigation by experienced counsel on both sides and after earnest, knowledgeable, arms-length, and difficult negotiations.

14.     It was only after resolving all the settlement provisions that provide relief to the class that Plaintiffs' and Defendant's counsel began negotiating payment of attorneys' fees, costs, and incentive payments.

15.     During the course of the Litigation, the representative Plaintiffs were invaluable to the prosecution of the Litigation. These representative Plaintiffs were actively involved throughout the process, including the initial investigation which required researching and gathering supporting documents, exemplars, and information, communicating with Plaintiff's counsel including asking questions and providing input regarding the litigation, responding to written discovery, and appearing for depositions. Before agreeing to the settlement, they played an active role in the settlement process and examined the scope and nature of the relief in the Settlement Agreement in detail, including discussing the same with counsel for Plaintiffs, which sometimes necessitated multiple discussions.  But for the Plaintiffs stepping forward and prosecuting the Litigation, the members of the class would not have had the issues raised in the Complaint remedied. For these reasons, I believe that the requested incentive awards in the sum of $2,500 per Plaintiff are fair, adequate and reasonable given each Plaintiff's substantial services on behalf of the Class.

16.     Pursuant to the Settlement Agreement, Plaintiffs have applied for a total award of $2,000,000 in fees, costs/expenses, and service awards.  When accounting for the cost and expenses for the Notice Administrator in the amount of $174,496, and the requested incentive award in the amount of $2,500 for each named Plaintiff (for a total of $12,500 for the five named

Plaintiffs), the remaining amount is significantly short of the combined lodestar of Plaintiffs' Counsel, out-of-pocket expenses notwithstanding.

17.     The proposed payment of attorneys' fees, litigation expenses and costs, and service payments will be paid separately from the relief afforded to members of the class and will not, in any way, diminish the relief afforded to members of the class.  Moreover, other than the named Plaintiffs, the relief afforded does not preclude any member of the Settlement Class from initiating a claim for damages.

NEBLETT, BEARD & ARSENAULT


Richard J. Arsenault – 02563
P.O. Box 1190
Alexandria, LA  71309-1190
(318) 487-9874


Subscribed and sworn to before me this 30th day of  July, 2015.


NOTARY PUBLIC
My Commission Expires: at death

5

# Exhibit A

# RICHARD J. ARSENAULT



rarsenault@nbalawfirm.com
800.256.1050



_____

## CURRICULUM VITAE

- **Nominated for the 2015 Trial Lawyer of the Year** Award by the Public Justice Foundation.

- Selected as a **2015 member of the Nation's Top One Percent** by the National Association of Distinguished Counsel.

- Selected by the National Trial Lawyers as the **2014 Trial Lawyer of the Year Civil Plaintiff Finalist**.

- Lead Counsel in Actos MDL 2299 where, after an 11 week trial, a jury rendered a historic **$9 Billion Punitive Damage Verdict** against Eli Lilly and Takeda. Subsequently served on the Actos MDL negotiating team that secured a **$2.4 billion dollar settlement** which is the largest single mass tort settlement for a drug that is still on the market.

- Through a multi-phase selection process, the National Academy of Personal Injury Attorneys has chosen Arsenault to receive the organization's **Top 10 Attorney Award for the State of Louisiana.**

- **The Wall Street Journal** described Arsenault as having "national notoriety" and as a "big gun" amongst attorneys in competition for leadership roles.

- **BusinessWeek** has described Arsenault as "a Dean of the Louisiana Tort Bar."

- **The New York Times** described Arsenault as one of the "big players" in the legal community.

- **USA Today** featured Arsenault as a member of the "Legal Elite," a diverse grouping of America's leading attorneys.

- **The National Law Journal** has recognized Arsenault as having one of the nation's largest personal injury verdicts.

- **The New Orleans Times Picayune** has referred to Arsenault as "an authority on class actions."

- **Law 360** has referred to Arsenault's firm as one of the nation's "heavyweights."

- In Louisiana State Bar Association MDL Conference materials, Arsenault was referred to as a **"leader in the field"** with a **"proven MDL background."**

- Arsenault has been appointed to steering committees with verdicts and recoveries exceeding **$15 billion** and has **personally** negotiated over **$3.5 billion** in settlements.

- In the Genetically Modified Rice MDL Litigation, where Arsenault serves as Chair of the Executive Committee, seven trials produced verdicts exceeding **$200 million** and the litigation has now been partially resolved for **$750 million**.

- For over 25 years, Arsenault has had **Martindale Hubbell's highest rating** for legal ability and ethical standards. He is also listed in other peer reviewed publications including the Bar Register of Preeminent Lawyers and **"Best of United States"** and he has appeared in the **"Best Lawyers in America"** publication for almost 20 consecutive years.

- Arsenault served as a **faculty member for LSU Law School's Trial Advocacy Program**; a faculty composed of Federal and State Court Judges, professors and prominent attorneys. He has been a part of that program since its inception over 20 years ago.

In addition to a busy litigation practice, Arsenault has also been retained to provide expert testimony and has served as a mediator in mass tort litigation. Trial Magazine also regularly calls upon Arsenault to peer review articles they consider for publication. He also serves as a peer reviewer for Martindale-Hubbell in connection with their attorney evaluations process.

Arsenault has been selected by the **National Trial Lawyers Top 100 Trial Lawyers** as Trial Lawyer of the Year Civil Plaintiff Finalist 2014. The National Trial Lawyers is a professional organization composed of premier trial lawyers from each state in the nation who meet stringent qualifications. Selection is based on a thorough multi-phase process which includes peer nominations combined with third-party research. Membership is extended solely to the select few of the most qualified attorneys from each state who demonstrate superior qualifications of leadership, reputation, influence, stature and public profile.

Arsenault was named by the **American Trial Lawyers Association (ATLA) Top 100 Trial Lawyers** in Louisiana. The Association is a national organization composed of the Top 100 Trial Lawyers from each state. Membership is obtained through special invitation and is extended only to those attorneys who exemplify superior qualifications of leadership, reputation, influence, stature and profile as civil plaintiff or criminal defense trial lawyers.

Arsenault has been selected by the **American Society of Legal Advocates (ASLA) Top 100 Litigation Lawyers** in the State of Louisiana. The ASLA is an invitation only legal organization comprised of the nation's most skilled lawyers designed to identify and promote the most outstanding legal talent throughout the country. They invite lawyers who combine stellar legal credentials with proven commitment to communication engagement, leadership and the highest professional standards.

Arsenault, who **according to the Wall Street Journal, "hosts must-attend legal seminars on the hot cases of the moment,"** has been featured on numerous occasions by The New York Times, L.A. Times, NPR, Associated Press, CBS, BBC, Wall Street Journal, BusinessWeek, Miami Herald and other national press outlets for his roles in both Toyota and the Gulf Coast Oil Spill. Arsenault was appointed to serve on the Toyota Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions in the National Multi-District Litigation pending in California. The Judge remarked:

> "The Court spent considerable time in evaluating candidates for leadership on the Plaintiffs' side in this proceeding. The Court believes that while many candidates for leadership were well qualified, those chosen are of exceptional talent and experience, and the Court has reposed great confidence in them."

**Complex Litigation**

Arsenault served as co-counsel with Professor Arthur Miller in the Baycol Multidistrict Litigation when the Plaintiff Steering Committee designated him along with Professor Miller to argue the class certification motion before Judge Michael J. Davis in Minneapolis. Later, at a class action fairness hearing in federal court, Professor Arthur Miller, while testifying regarding class action related issues, described Arsenault as one of the **"leaders in the area of complex litigation."** Similarly, Professor Edward Sherman, former dean of Tulane Law School, with whom Arsenault has participated in panel presentations and for whom he has served as a guest lecturer at Tulane Law School, has described Arsenault as **one of the "experts" in class actions.**

Judge Donovan Frank appointed Arsenault to serve as co-lead counsel in the Guidant Multidistrict Litigation. As the litigation came to a close, the court acknowledged lead counsels' significant mass tort experience and explained:

> "This experience benefitted immensely the court's ability to effectively and expeditiously move the case along, and more importantly, this experience benefitted the individual plaintiffs."

The Guidant MDL presented many unique challenges and much of Arsenault's time was spent in critical management efforts which were essential to coordinating the litigation. Again, this did not go unnoticed by Judge Frank:

> "The attorneys had superb case management experience that permitted them to efficiently handle this complex case. In addition, many of the managing attorneys have the ability to combine their skills with experienced trial lawyers in a way that proved efficient and a benefit to all plaintiffs as the bellwether trial dates approached. Had it not been for the skill of counsel, there may have been no settlement and no recovery for the plaintiffs here at all."

Arsenault was one of the lead negotiators in the Guidant MDL and was involved in every step of the process, all of which was directly supervised by Magistrate Arthur Boylan who noted that the negotiations were some of the "most complex" that he had been involved in and praised the

> "professionalism, competence and skill of counsel"

during the settlement process. Judge Frank stated that Magistrate Boylan's observations were consistent with what the court had observed throughout the case as well.

U.S. District Judge Rebecca Doherty, at a fairness hearing for the New Iberia Train Derailment litigation made the following remarks: "This is a matter where counsel took it upon themselves to take this out of the norm and to handle it somewhat creatively, and they have handled it efficiently, well, expeditiously, and it is -- has been reflective of the collective talent, experience, and ability of the attorneys involved and the Special Master and the court disbursal agent that this has gone as beautifully as it has." "I think the novelty in which this was handled is extremely laudable and great and high in the manner in which this matter was handled, and I think that is something that the --particularly, the counsel that were the common benefit attorneys should be properly rewarded for. The skill required to perform the legal services properly, I think, is perhaps one of the major factors in this matter. I think the skill required by the common benefit lawyers in order to bring this matter from start to finish in two years time with only 300 and something objections, almost all of them ultimately being resolved to the satisfaction of all parties involved, is exemplary." "The experience, reputation, and ability of the attorneys is exemplary. I think the curriculum vitaes point that out, and I don't think it's every day that you have someone of Mr. Arthur Miller's stature who says that you have some of the best in the country working in a given case. That is high praise not unnoted by this Court that came from the expert witness this morning." "It is my opinion this is a unique class action that has been handled in an exemplary fashion by skilled, talented lawyers, an excellent Special Master, and an excellent court disbursal agent, and I think that that adds value to the matter. It is rare that a train derailment is taken from start to finish in approximately two years with pretty much everybody happy and a tremendously high percentage of the monies that are expended going to the litigants and the litigants getting their money within about two years. That is almost unheard of, and I think that has true value, and I don't think it would have happened without having the quality of counsel that was in this case, as well as the Special Master and the court disbursal agent."

3

**Litigation Resolution**

The architect of many significant litigation recoveries, Arsenault has been appointed to many negotiating teams, some resulting in nine figure settlements. He served on the Executive Committee and as Class Counsel in environmental litigation where the defendant agreed to a $330 million dollar settlement just days before trial. He was Lead Counsel and one of the lead negotiators in a train derailment that was resolved in federal court by Judge Rebecca Doherty in Lafayette, Louisiana. Subsequently, she invited Arsenault to make a presentation with her at the Fifth Circuit Judicial Conference regarding the innovative and progressive ideas employed in resolving that litigation. Arsenault was one of the negotiators in a class action resolved before Judge Parker in the Middle District of Louisiana and served as Class Counsel and one of the lead negotiators in that case. He was also appointed to the Vioxx Plaintiff Steering Committee, which was resolved for $4.85 billion dollars.

**Legal Excellence & Professionalism**

Arsenault's commitment to legal excellence is reflected in years of service which has included teaching at law schools, publishing law review articles, lecturing at Judicial Colleges and assuming leadership roles in both local, as well as national bar associations. Through an appointment by the President of the Louisiana Bar Association, Arsenault joined the Professional Assessment Committee composed of a distinguished panel including Federal and State Court Judges along with members of the Bar. He also coordinates an annual tort law presentation by several United States District Judges and the former Dean of the University of Tennessee, College of Law, Thomas C. Galligan, Jr. Other examples include service as:

- President of the Alexandria Bar Association;
- President of the American Inns of Court's Crossroads Chapter. (U.S. District Judge F.A. Little and Arsenault worked together to create the Alexandria Chapter);
- Chair of American Trial Lawyers Association Admiralty Section;
- Chair of both the Louisiana Bar Association's Annual Admiralty Symposium and Annual Class Action Symposium since their inception;
- Speaker and guest lecturer at a variety of symposiums, including those sponsored by Tulane Law School, LSU Law School, the Louisiana Judicial College and the U.S. Fifth Circuit Judicial Conference;
- Editor of the Louisiana Bar Journal's Recent Developments for the Section on Insurance, Negligence, Worker's Compensation and Admiralty;
- Tulane Law School's Continuing Legal Education Committee;
- Chair of the Louisiana Bar Association's Section on Insurance, Negligence, Worker's Compensation and Admiralty.

**National Plaintiff Steering Committees**

Selected by courts nationwide to serve on Steering Committees in some of the nation's largest litigation, Arsenault's appointments by the federal bench include:

- U.S. District Judge James V. Selna, Central District of California, to serve on the Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions in the Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation.
- U.S. District Judge Donovan W. Frank, District of Minnesota, to serve as Co-Lead Plaintiffs' Counsel in the Guidant MDL Litigation.
- U.S. District Judge Donald C. Nugent, Northern District of Ohio, to serve as Co-Lead Plaintiffs' Counsel in the Kaba Simplex Locks Litigation.
- U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service Praxis MDL Litigation.
- U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Vioxx MDL Litigation.
- U.S. District Judge Charles R. Breyer, Northern District of California, to serve on the Plaintiffs' Steering Committee in the Bextra/Celebrex MDL Litigation.

4

- U.S. District Judge James M. Rosenbaum, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic MDL Litigation.
- U.S. District Judge Ivan L.R. Lemelle, Eastern District of Louisiana, to serve on the MDL Plaintiffs' Steering Committee in the High Sulfur Content Gasoline Products Liability MDL Litigation (Shell).
- U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra MDL Litigation.
- U. S. District Judge Catherine D. Perry, Eastern District of Missouri, to serve as a member of the Plaintiffs' Executive Committee in Rice Contamination MDL.
- U.S. District Judge Richard H. Kyle, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic Sprint Fidelis Leads MDL.
- U.S. District Judge Frederick J. Martone, District of Arizona, to serve on the Plaintiffs' Steering Committee in the Zicam Cold Remedy Marketing, Sales Practices and Products Liability MDL Litigation.
- U.S. District Judge Rebecca Pallmeyer, Northern District of Illinois, to serve on the Plaintiffs' Steering Committee in the Zimmer Nexgen Knee Implant Litigation.
- U.S. District Judge Steven J. McAuliffe, District of New Hampshire, to serve on the Plaintiffs' Steering Committee in the Dial Complete Marketing and Sales Litigation.
- U.S. District Judge Gene E.K. Pratter, Eastern District of Pennsylvania, to serve as Interim Lead Counsel in the Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation.
- U.S. District Judge Ed Kinkeade, Northern District of Texas, to serve on the Plaintiffs' Executive Committee in the DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation.
- U.S. District Judge Paul Barbadoro, District of New Hampshire, to serve as Plaintiffs' Executive Committee in Colgate-Palmolive Softsoap Antibacterial Hand Soap Marketing and Sales Litigation.
- U.S. District Judge Rebecca Doherty, Western District of Louisiana, to serve as Co-Lead Plaintiffs' Counsel in the Actos MDL Litigation.
- U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Pool Products Distribution Market Antitrust Litigation, MDL No. 2328.
- U.S. District Judge Kathleen B. Burke, Northern District of Ohio, to serve on the Plaintiffs' Executive Committee in the Gentek Building Products, Inc. and Associated Materials, LLC Litigation.
- U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation, MDL No. 2197.
- U.S. District Judge Robert L. Miller, Jr., Northern District of Indiana, to serve on the Plaintiffs' Steering Committee and the Plaintiffs' Executive Committee in the Biomet M2a Magnum Hip Implant Products Liability Litigation, MDL No. 2391.
- U.S. District Judge David Norton, District of South Carolina, to serve on the Plaintiffs' Steering Committee in the Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation, MDL No. 2514.

**Presentations & Publications**

Arsenault has been appointed to numerous editorial boards, and has made presentations throughout the U.S. and Canada on a variety of mass tort, class action, and complex litigation related topics. He has over 250 articles and presentations to his credit. Recently, Arsenault co-authored with Professor Thomas C. Galligan, Jr., a chapter in a new treatise being published by the American Bar Association's Tort, Trial & Insurance Practice Section (A Practitioner's Guide to Class Actions). The chapter is titled "MDL's – A Practitioner's Global Positioning Guide." Arsenault has authored many Law Review articles including one published in the Federal Courts Law Review (Knowledge is Power: A Practical Proposal to Protect Putative Class Members From Improper Pre-Certification Communication).Its use was approved as a course material at Berkley Law School. Other recent publications include:

- "The Increasing Central Role of Bellwether Trials and MDL's" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.
- "Settlement Strategies for Complex Global Litigation" published in "*TRIAL*" the Journal of the American Association of Justice.
- "Class Action Settlement of 'Future Claims'" which appeared in a recent edition of the Louisiana Trial Lawyers Association publication.

- "Gathering Digital Data" published in "*TRIAL*" the Journal of the American Association of Justice.
- "Daubert in Class Certification" published in the Louisiana Bar Journal.
- "Will Daubert Challenge Your Class Certification?" published in "*TRIAL*" the Journal of the American Association of Justice.
- "Precertification Discovery: A User's Guide" published in the Tulane Law Review, 80 Tul. L. Rev. 5/6 (June 2006).
- "Multidistrict Litigation and Bellwether Trials: Leading Litigants to Resolution in Complex Litigation" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.

## National Press Coverage

Arsenault is known inside and outside the legal community as an authority on complex litigation issues. He has been interviewed and featured in print, online, on television and radio regarding his expertise and involvement with some of the nation's largest litigation. Arsenault has been called upon and often quoted by leaders in the news media, including the Wall Street Journal, New York Times, CNN, CBS 60 Minutes, CBS Evening News, Washington Post, London Times, Los Angeles Times, Associated Press, National Public Radio, MSNBC, Public Broadcasting System, Morningstar.com, CBS News' Moneywatch.com, The Boston Globe, The Miami Herald, MarketWatch, Yahoo Finance, Reuters, Forbes, Bloomberg News, Huffington Post, NPR Market Watch, CBS Radio Los Angeles, Houston Chronicle, Los Angeles Daily Journal, San Francisco Chronicle, JD Journal Legal News, TRIAL Magazine (Mar. 2011, p. 19), TV Tokyo America, Toronto Star, Toronto Sun, Edmonton Sun, Calgary Sun, Metro News Ottawa, The Detroit Bureau, Real Simple Syndication, Businesswire.com, CNBC, KTVU San Francisco, British Broadcasting Corporation Radio, British Broadcasting Corporation World Television London, Reuters UK, New Zealand Herald, Australian Broadcasting Corporation, Al Jazeera English TV News, Agence France-Presse (AFP), and various other national and local media outlets.

## Internet Articles Quoting

Louisiana Tire News-Tire Industry Today, Broker Forex Online, Biology and Medicine, Wall Street Journal blog, Legal News Line, BusinessWeek, National Law Journal, Financial Hub, Leader-Post/Los Angeles Times, Ziet Online, Yahoo! News, Oil Spill News, Online PR News, The American Lawyer, Reuters.

## Nationwide Networking

Arsenault has helped chair national complex litigation programs with speakers that have included former President Bill Clinton, Robert F. Kennedy, Jr., Eliot Spitzer, Harvard Professor Alan Dershowitz, Morris Dees, Arianna Huffington, Al Franken, Bob Woodward, Al Sharpton and Paul Begala. He has chaired dozens of symposiums with guests ranging from Ken Starr to Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"). Arsenault has organized numerous counsel meetings and conferences, comprising hundreds of law firms in venues across the country. These have been designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts. Arsenault recently co-chaired the national HarrisMartin Toyota Recall Litigation Conference, which attracted over 100 plaintiff and defense attorneys seeking to learn more about the unique circumstances of the Toyota litigation. The conference agenda featured some of the nation's preeminent attorneys, many with decades of experience handling large, complex national cases. The event, which was held in San Diego was profiled by the Associated Press, the Wall Street Journal, Bloomberg News, National Public Radio, CBS Radio, CBC Montreal and other national and international news organizations. Consequently, he understands and functions well in the national complex litigation landscape.

_____
# CURRICULUM VITAE HIGHLIGHTS

- AV Martindale-Hubbell rating.
- Martindale-Hubbell Bar Register of Preeminent Lawyers listing.
- "The Best Lawyers in America" Woodward/ White publication listing.
- Licensed in Louisiana, Texas, Colorado, and Washington, D.C.
- National Law Journal recognition for one of the nation's largest (top 100) verdicts in 2001; $21 million.
- Faculty member at LSU Law School's Trial Advocacy Training Program.
- Guest Lecturer at Tulane and LSU Law Schools.
- Past President of Alexandria Bar Association.
- Past President of Crossroads Chapter of the American Inns of Court.
- Guest lecturer at Louisiana Judicial College.
- Guest lecturer at Federal Fifth Circuit Judicial Conference.
- Numerous presentations at law schools, judicial conferences, and bar association functions throughout the United States and Canada on a variety of mass tort, class action, maritime and litigation related topics (nearly 200 articles and presentations).
- Editor of Louisiana Bar Journal, Recent Developments for the Section on Insurance, Negligence, Workers' Compensation and Admiralty Law (1983-2000).
- Multi-District Litigation experience: Pedicle Screw, Breast Implant, Fen-Phen, Microsoft, Propulsid, Air Bag, Sulzer Hip, PPA, Firestone, Baycol, Serzone and Meridia.
- Appointed by U.S. District Judge Rodney W. Sippel to serve on the Plaintiffs' Steering Committee in the **NUVARING** Products Liability Litigation, MDL No. 1964. ($100 million recovery).
- Class Counsel in Craig West, et al v. G& H Seed Company, et al, Docket No. 99-C-4984-A, 27thJudicial District Court (**ICON/CRAWFISH**), St. Landry Parish, Louisiana ($45 million recovery during fifth week of trial).
- Appointed by Federal District Court Judge John Parker as Class Counsel for **INGRAM** litigation; served on Settlement Committee ($40.5 million recovery).
- Appointed by Federal District Court Judge Edith Brown Clement to serve as Liaison Counsel in **KAISER** Litigation; served on Settlement Committee ($30,425,000.00 recovery).
- Appointed by Federal District Court Judge Richard Haik to serve as Class Counsel and appointed to the Settlement Committee for the **EUNICE TRAIN DERAILMENT** Litigation ($65 million recovery).
- Appointed by Federal District Court Judge Rebecca F. Doherty to serve as Co-Liaison Counsel and Class Counsel in **NEW IBERIA TRAIN DERAILMENT** LITIGATION ($5 million recovery).
- Appointed by Federal District Court Judge Barker to serve on the **FIRESTONE** MDL No. 1373 Settlement Committee.
- Appointed to Repository Committee in In Re: Ford Motor Company **CROWN VICTORIA** Police Interceptor Products Liability Litigation, MDL Docket No. 1488.
- Appointed by Federal District Court Judge Eldon E. Fallon to serve on State Liaison Committee in **PROPULSID** MDL No. 1355 litigation.
- Appointed by Federal District Court Judge Rothstein to serve on Federal/ State Coordination Committee in **PPA** MDL No. 1407 litigation.
- Appointed to Plaintiffs' Steering Committee and Executive Committee in **SERZONE** Products Liability Litigation, MDL No. 1477.
- Appointed to Plaintiffs' Steering Committee in In Re: **MERIDIA** Product Liability Litigation, MDL No. 1481.
- Chair for Louisiana State Bar Association's Annual Class Action/Mass Tort Symposium since inception.
- Chair of Louisiana State Bar Association's Annual Admiralty Symposium since inception.
- Appointed by U.S. District Judge Feldman to serve as a member of the Plaintiffs' Steering Committee in In Re: **AIR BAGS** Products Liability Litigation, MDL No. 1181.
- Appointed by U.S. District Judge Eldon E. Fallon to serve as a member of the Plaintiffs' Steering Committee and Interim Class Counsel In Re: **VIOXX** Products Liability Litigation, MDL No. 1657.

- Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel, Plaintiffs' Steering Committee member and Executive Committee member In Re: Turner v. **MURPHY OIL** USA, Inc. Case Number 05-4206, U.S. District Court, Eastern District of Louisiana.

- Appointed by U.S. District Judge Vance to serve as Liaison Counsel, In Re: **OCA**, Inc. Securities and Derivative Litigation, Master File No. 05-2165, Section R(3), Judge Vance, United States District Court, Eastern District of Louisiana.

- Appointed by U.S. District Judge Charles R. Breyer to serve as a member of the Plaintiff's Steering Committee In Re: **BEXTRA** and **CELEBREX** Marketing Sales Practices and Product Liability Litigation, Case No. M:05-CV-01699-CRB, MDL No. 1699, United States District Court, Northern District of California.

- Appointed by U.S. District Judge Donovan W. Frank to serve as a member of the Plaintiffs' Lead Counsel Committee In re: **GUIDANT** Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota.

- Appointed by U.S. District Judge James M. Rosenbaum to serve as a member of the Plaintiffs' Steering Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Litigation, MDL No. 05-1726, United States District Court, District of Minnesota (1of the 3 lead negotiators for the settlement which including the separate payment for attorney's fees exceeds $113 million).

- Appointed by U.S. District Judge Catherine D. Perry to serve as a member of the Plaintiffs' Executive Committee In Re LL**RICE** 601 Contamination Litigation, Case Number 4:06 MD 1811-CDP, U.S. District Court, Eastern District of Missouri, Eastern Division.

- Appointed by U.S. District Judge Carl J. Barbier to serve as Class Counsel in Lincoln, et al v. **SHELL** Pipeline Company, L.P., et al, Civil Action no. 05-CV-4197 c/w 05-cv-4199 & 06-cv-5154, United States District Court, Eastern District of Louisiana.

- Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee and the Common Benefit Attorneys' Fees Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota.

- Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Common Benefit Attorneys' Fees Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota.

- Appointed by U.S. District Judge Richard H. Kyle and United States Magistrate Judge Janie S. Mayeron to serve on the Plaintiffs' Steering Committee, In Re: Medtronic, Inc., **SPRINT FIDELIS** Leads Product Liability Litigation, MDL No. 08-1905 (RHK/JSM), United States District Court, District of Minnesota.

- Appointed by U.S. Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee, In re: **GUIDANT** Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota.

- Appointed by U.S. District Judge James V. Selna, Central District of California, to serve on the Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions in the **TOYOTA** Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2151.

- Appointed by U.S. District Judge Rebecca Doherty, Western District of Louisiana, to serve as Co-lead counsel in **ACTOS** (Pioglitazone) Products Liability Litigation, MDL No. 2299.

- Appointed by U.S. District Judge Paul Barbadoro, District of New Hampshire, to serve on Plaintiffs' Executive Committee in the Colgate-Palmolive **SOFTSOAP** Antibacterial Hand Soap Marketing and Sales Practice Litigation, MDL 2320.

- Appointed by U.S. District Judge Joseph R. Goodwin, Southern District of West Virginia to serve on Plaintiffs' Steering Committee in the C.R. Bard Inc., **PELVIC REPAIR** System Products Liability Litigations, MDL No. 2187, MDL No. 2325, MDL No. 2326 and MDL No. 2327.

- Appointed by U.S. District Judge David C. Norton, District of South Carolina, to serve on the Homeowner Plaintiffs' Steering Committee in the **MI WINDOWS** and Doors, Inc. Products Liability Litigation, MDL No. 2333.

- Appointed by U.S. District Judge Benita Y. Pearson, Northern District of Ohio, Eastern Division, to serve on the Settlement Class Counsel in the **GENTEK** Building Products Inc., and Associated Materials, LLC. Products Liability Litigation, Case No. 1:10cv2093.

# EDUCATION

B.A. 1977 - State University of New York
J.D. 1980 - Louisiana State University Law Center

# STATE COURT BAR ADMISSIONS

Louisiana (10/17/80)
Texas (04/17/92)
Colorado (01/01/91)
Washington, D.C. (11/06/91)

# FEDERAL COURT BAR ADMISSIONS

United States Supreme Court (5/10/84)

United States Courts of Appeals
Fifth Circuit (12/04/80) Eleventh Circuit (10/01/81) Third Circuit (11/26/13)

United States District Courts of Louisiana
Middle District (12/09/80) Eastern District (11/14/80) Western District (01/30/81)

United States District Courts of Texas
Eastern District (06/17/88) Southern District (09/07/90) Northern District (07/11/90)

United States District Court of Colorado (3/2/12)

Admitted to appear Pro Hac Vice (1/10/94)
United States District Court for the Eastern District of Missouri, Southeastern Division
In the matter of the Complaint of NewCo Marine, Inc. as Bareboat
Charterer, Operator and Owner

Pro Hac Vice of the M/V HOOSIER STATE, Official No. 288407,
for Exoneration From or Limitation of Liability, Civil Action No. 1:93-CV-00200

Special admission to appear
Tina Wall, et al v. Sunoco, Inc., et al
Case No. 3:CV-01-809
United States District Court, Middle District of Pennsylvania

Admitted to appear Pro Hac Vice
Kaiser Aluminum Corporation, et al
Case No. 02-10429
United States Bankruptcy Court, District of Delaware

Admitted to appear Pro Hac Vice
In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation
MDL No. 1726 (JMR/AJB)
United States District Court, District of Minnesota

Admitted to appear Pro Hac Vice
In re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation
MDL No. 1699(CRB)
United States District Court, Northern District of California


Admitted to appear Pro Hac Vice
In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation
MDL No. 1708
United States District Court, District of Minnesota


Admitted to appear Pro Hac Vice
Arthur Sokol v. Pfizer, Inc.
Case No. 05-80750CV
United States District Court, Southern District of Florida, West Palm Beach Division


Admitted to appear Pro Hac Vice 2006
Joseph Birdsong, individually and as representative of the Class
United States District Court, Northern District of California, San Jose Division


Admitted to appear Pro Hac Vice (10/13/2006)
Ralph Shaffer, individually and on behalf of all others similarly situated
v.  Continental Casualty Company & CNA Financial Corporation, d/b/a CNA, LTC.
Case No. CV06-2235 RGK (PJA)
United States District Court, Central District of California, Western Division


Admitted to appear Pro Hac Vice (10/9/2006)
Sondra Zekowski, et al v. Princess Cruise Lines, Ltd.
Case No. BC356095
Superior Court, State of California, County of Los Angeles


Admitted to appear Pro Hac Vice  (8/8/2007)
Danny Dunham, individually and on behalf of all others similarly situated
v. Coffeyville Resources, LLC., et al
Case No. 6:07-cv-01186-JTM-DWB
United States District Court, State of Kansas


Admitted to appear Pro Hac Vice (11/15/07)
Luisi, et al v. Medtronic, Inc., et al
Civil Docket No. 0:07cv-04250-RHK-JSM
United States District Court, District of Minnesota (DMN)


Admitted to appear Pro Hac Vice (8/10/09)
Sydnes v. National Arbitration Forum, Inc. et al
Civil Docket No. 09-cv-01939-PAM-JSM
United States District Court, District of Minnesota


Admitted to appear Pro Hac Vice (3/9/10)
Poole v. MATRIXX Initiatives, Inc., et al
Civil Docket No. 2:10-cv-00127-FJM
United States District Court, District of Arizona


Admitted to appear Pro Hac Vice (3/23/10)
Gazaryan v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 2:10-cv-00849-AHM
United States District Court, Central District of California

Admitted to appear Pro Hac Vice (3/22/10)
Horn v. Toyota Motor Sales U.S.A. Inc., et al
Civil Action No. 4-10-cv-0090
United States District Court, Eastern District of Arkansas

Admitted to appear Pro Hac Vice (3/24/10)
Menssen v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 1:10-cv-00260-SO
United States District Court, Northern District of Ohio

Admitted to appear Pro Hac Vice (4/5/10)
Jerry Baker Auto Sales, LLC v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 2:10-cv-04025-NKL
United States District Court, Western District of Missouri

Admitted to appear Pro Hac Vice (4/7/10)
Halverson v. Matrixx Initiatives, Inc., et al
Civil Docket No. 2:10-cv-00626-SRB
United States District Court, District of Arizona

Admitted to appear Pro Hac Vice (4/14/10)
In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation
Case No. 8:10ML2151-JVS (FMOx)
United States District Court, Central District of California

Admitted to appear Pro Hac Vice (6/14/10)
Key West Tiki Charters, Inc. v. Transocean Ltd. et al
Case No. 4:10-cv-10039-KMM
United States District Court, Southern District of Florida

Admitted to appear Pro Hac Vice (8/24/10)
Johnson Investment Counsel, Inc. v. Transocean Ltd. et al
Case No. 1:10-cv-04515-NRB
United States District Court, Southern District of New York

Admitted to appear Pro Hac Vice (8/17/11)
Luanne Miller v. E. I. Du Pont Nemours and Company
Case No. 1:11-cv-01517-DCN
United States District Court, Northern District of Ohio

Admitted to appear Pro Hac Vice (9/12/11)
Kristina Pearson v. Colgate-Palmolive Co.
Case No. 11-C-6086
United States District Court, Northern District of Illinois

Admitted to appear Pro Hac Vice (9/20/11)
In Re: Navistar 6.0L Diesel Engine Products Liability Litigation
Case No. 11-C-2496
United States District Court, Northern District of Illinois

Admitted to appear Pro Hac Vice (3/15/12)
Stout et al v. Takeda Pharmaceuticals America, Inc. et al
Case No. 1:12-cv-00033-IMK
United States District Court, Northern District of West Virginia

Admitted to appear Pro Hac Vice (3/30/12)
Gentek Building Products, Inc. and Associated Materials, Inc.
Case No. 1:11-cv-02719-PAG
U.S. District Court Northern District of Ohio Eastern Division

Admitted to appear Pro Hac Vice (4/9/12)
Ridley v. Boston Scientific Corporation
Case No. 2:12-cv-00034-RWS
U.S. District Court Northern District of Georgia

Admitted to appear Pro Hac Vice (12/12/12)
Davis et al v. Biomet Orthopedics, Inc. et al
Case No. 3:12-cv-00625-RLM-CAN
U.S. District Court, Northern District of Indiana, South Bend Division

Admitted to appear Pro Hac Vice (2/5/13)
Pollard v. Remington Arms Company, LLC et al
Case No. 4:13-cv-00086-ODS
U.S. District Court, Western District of Missouri

Admitted to appear Pro Hac Vice (2/6/13)
Moodie et al v. Remington Arms Company, LLC et al
Case No. 2:13-cv-00172-JCC
U.S. District Court, Western District of Washington

Admitted to appear Pro Hac Vice (4/18/13)
Jemeliah Sade Smith v. Volkswagen Group of America, Inc.
Case No. 3:13-cv-00370
U.S. District Court, Southern District of Illinois (East St. Louis)

Admitted to appear Pro Hac Vice (5/21/13)
Glodo et al v. CPG International, Inc. et al
Case No. 3:13-cv-00402-DRH-SCW
U.S. District Court, Southern District of Illinois

Admitted to appear Pro Hac Vice (6/4/13)
In Re: Mirena IUD Products Liability Litigation
Case No. 7:13-md-02434-CS
U.S. District Court, Southern District of New York

Admitted to appear Pro Hac Vice (7/18/13)
James L. Mace, et al v. Georgia-Pacific LLC, et al
Case No. 3:13-cv-328-J-99TJC-MCR
United States District Court, Middle District of Florida, Jacksonville Division

Admitted to appear Pro Hac Vice (8/16/13)
Stephen Trewin, et al v. Church & Dwight, Inc.
Case No. 3:12-cv-01475-MAS-DEA
United States District Court for the District of New Jersey

Admitted to appear Pro Hac Vice (8/29/13)
Karen Jacobs-Poles and Dwayne Poles v. Wellnx Life Sciences, USA, et al
Case No. 2:13-cv-01884-CMR
United States District Court for the Eastern District of Pennsylvania

Admitted to appear Pro Hac Vice (1/24/14)
Kanawha Gourmet Sandwiches, LLC, a West Virginia limited liability company, individually and on behalf of all
others similarly situated, v. Freedom Industries, Inc., a West Virginia corporation; and West Virginia-American
Water Company, a West Virginia corporation
Case No. 14-C-55
Circuit Court of Kanawha County, West Virginia

Admitted to appear Pro Hac Vice (3/2/15)
Dennis Nicholas, et al v. Medtronic, Inc., et al
Case No. 1522-CC00232
In the Circuit Court of the City of St. Louis, State of Missouri

Admitted to appear Pro Hac Vice
Flowers-Smith, Cynthia et al v. Wellnx Life Sciences, Inc. et al
Case No. 3:15-cv-00168-JDP
United States District Court, Western District of Wisconsin

---

## TEACHING/FACULTY/ALUMNI BOARD POSITIONS

LSU Trial Advocacy Faculty Member
    Paul M. Hebert Law Center
    Louisiana State University, Baton Rouge, LA
    Trial Advocacy Training Program
    1991 - 1998, 2004, 2006, 2007, 2008, 2009

Guest Lecturer
    Tulane Law School, New Orleans, LA
    September 22, 2004
    Topic: Class Actions

Guest Lecturer - March 1994
    Paul M. Hebert Law Center
    Louisiana State University, Baton Rouge, LA
    Advanced Tort Litigation Course
    Topic:  Deposition Practice

Faculty
    Northwestern State University, Natchitoches, LA
    Litigation Course
    1983 to 1987

Faculty
    Seventeenth Post Graduate Summer School for Lawyers at the
    Paul M. Hebert Law Center
    Louisiana State University, Baton Rouge, LA
    Presentation on June 11, 1994
    Presentation topic:  Deposition Practice

Guest Lecturer - February 1997
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA
        Topic:  Discovery Strategy

Board Member
        Vice President - (Alexandria, LA area)
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA
        National Alumni Board

Member
        Chancellor's Council
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA

Member
        Professional Assessment Committee
        Louisiana State Bar Association

Guest Lecturer - April 2006
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA
        Pre-Trial Litigation Class

# COMMUNITY ACTIVITIES

Eucharistic Minister and Lector
        St. Frances Xavier Cathedral
        1993 to 2001

Member - Stewardship Committee
        St. Frances Xavier Cathedral
        1994

Co-Chairman
        Annual Hope House Function
        (Shepherd Ministries)
        1994

Vice Chairman
        Annual Arthritis Foundation Function
        (Hotel Bentley) Alexandria, Louisiana
        1994

Lector
        Red Mass for the Alexandria
        Diocese of the Roman Catholic Church
        St. Frances Xavier Cathedral
        September 25, 1994 & September 21, 1997

Member - Major Gift Committee
        St. Frances Xavier Cathedral
        Cathedral Restoration Project
        1996

Elected Member of
        St. Frances Xavier Cathedral Financial Board
        1998

Host Committee Member
        Alexandria Reception for Chancellor John Costonis
        LSU Law Center
        1998

SOLACE Program for the Louisiana State Bar Association - Volunteer
        Support of Lawyers/Legal Personnel - Community Action Committee
        2003

SOLACE Program for the Louisiana State Bar Association – Alexandria Coordinator
        Support of Lawyers/Legal Personnel - Community Action Committee
        2010

Soccer Coach
        Country Day School (4th - 6th Grade)
        2001, 2003 Seasons

---

# EDITORIAL POSITIONS

- Editor, Louisiana Bar Journal Recent Developments.  (Insurance, Negligence, Workers' Compensation and Admiralty Law).  1983 to 2000.
- Co-Editor, American Trial Lawyers Association Admiralty Newsletter. 1990 to 1992.
- Editorial Board Member, Maritime Law Reporter.  1987 to 2000.
- Editorial Board Member, The Forum.  1982-1986.
- Editor, Alexandria Bar Association Publication.  1983.
- Editor, The Forum.  1987-1988.
- Editor, Maritime and Auto Tort Column for the Louisiana Advocates (Louisiana Trial Lawyers Association Monthly Publication).  2000-2001.

---

# SPECIAL APPOINTMENTS AND RECOGNITION

1.      A-V Martindale-Hubbell rating.

2.      Recognized by THE BEST LAWYERS IN AMERICA (1993 to date).

3.      Recognized by BEST LAWYER IN THE U.S. (2007 to date).

4.      Recognized by LOUISIANA SUPER LAWYERS (2007 to date).

5.      Included in the 2008 Louisiana Life Magazine's Super Lawyer Section "Top Attorneys in Louisiana."

6.      Included in the Martindale-Hubbell Bar Register of Preeminent Lawyers from 1992 to date.

7.      Selected by The Best of the U.S., Inc. as one of the "Best of Class" in the legal profession, 2006 to date.

8.      Louisiana Trial Lawyers Association's President's Advisory Committee, 1983.

9.      Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 1986-1987.

10.     Southern Trial Lawyers Association, Board of Governors, 1988 to 1992.

11.     President, Alexandria Bar Association, 1991-1992.

12.     Executive Committee Member, American Inns of Court, (Crossroads Chapter: Alexandria) 1992-1995.

13.     President, American Inns of Court, (Crossroads Chapter:  Alexandria) 1992-1993.

14.     Chairman - Louisiana State Bar Association Section on Insurance, Negligence, Worker's Compensation and Admiralty Law, 1994/1995.

15.     1st Chair (Chairman elect) - ATLA Admiralty Section, 1994/1995.

16.     Louisiana State Bar Association Sandestin Planning Committee Member, 1994/1995.

17.     Chairman - ATLA Admiralty Section, 1995-1996.

18.     Selected honored member of the National Directory of Who's Who, 1994/1995.

19.     Member of the Louisiana Coordinating Counsel for the American Inns of Court, 1994 to date.

20.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1995/1996.

21.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1996.

22.     Vice Chair - Louisiana State Bar Association Theme Seminar Sub-Committee of Continuing Legal Education Program Committee, 1995/1996.

23.     June 1996 to June 1998 - Elected to Louisiana State Bar Association House of Delegates for the 9th Judicial District.

24.     1996 Program Chairman - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association.

25.     Member of the Louisiana State Bar Association's Long-Range Planning Committee, 1996 to-date.

26.     Vice Chair - testimonial dinner honoring retired Judge Alfred Mansour, April, 1996.

27.     Chair - Bar Governance Committee of the Louisiana State Bar Association, 1996/97.

28.     Louisiana State Bar Association  - Nominating Committee - Sixth District, June 97/June 98.

29.     Invited for inclusion in the 1997/1998 Edition of "Who's Who in Executives and Professionals."

30.     Louisiana State Bar Association's Long Range Planning Retreat member, Alexandria, Louisiana, March 2-3, 1996.

31.     Vice Chair of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1997/98 term.

32.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1997/1998.

33.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1997/1998.

34.     Member - Louisiana State Bar Association Theme Seminar Committee, 1997/1998.

35.     Chairman-Elect of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1997/98 term.

36.     Chairman of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1998/99 term.

37.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1998/1999.

38.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1998/1999.

39.     Invited for inclusion in the 2000/2001 Millennium Edition of "Who's Who in American Law."

40.     Invited for inclusion in "The National Registry of Who's Who," 2000 edition.

41.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1999/2000.

42.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1999/2000.

43.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2000/2001.

44.     Louisiana State Bar Association Amicus Brief Committee, 2000/2001.

45.     Louisiana State Bar Association Corporate Sponsorship Committee, 2000/2001.

46.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2001/2002.

47.     Appointed as delegate from the Ninth Judicial District to the House of Delegates of the Louisiana State Bar Association for the term of June 2002 - June 2004.

48.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2002/2003.

49.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2003/2004.

50.     Member - Outstanding Lawyers of America, 2003/2004.

51.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2004/2005.

52.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2004/2005.

53.     Chair - Examination of the Public's Needs Subcommittee of the Louisiana State Bar Association's Professional Assessment Committee, 2005.

54.     Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 2005/2006.

55.     Selected by acceptance committee as one of several candidates from Alexandria for inclusion in the 2005-2006 Edition of America's Registry of Outstanding Professionals.

56.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2005/2006.

57.     Invited for inclusion in "America's Who's Who Registry," 2006/2007 edition.

58.     Invited for inclusion in Prestige International Who's Who Registries of Outstanding Professionals, 2006/2007.

59.     Selected as "Best of Class" and listed on www.bestofus.com website to inform the public who the "Best of Class" are in fourteen professions including lawyers, 2007.

60.     Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 2006/2007.

61.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2006/2007.

62.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2006/2007.

63.     Editor/Peer Reviewer for Trial Magazine regarding article for January, 2007 publication.

64.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2007/2008.

65.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2007/2008.

66.     Invited for inclusion in America's Premier Lawyers, to be featured in Fortune Magazine, July 2007.

67.     Peer Reviewer - invited by Louisiana Super Lawyers to be part of a select group of Louisiana Lawyers to serve on their Blue Ribbon Panel to assist in evaluating the 2008 Super Lawyers Nominees.

68.     Expert Peer Reviewer for Trial Magazine.

69.     Peer Reviewer for Louisiana Super Lawyers in connection with evaluating nominees for the 2009 Louisiana Super Lawyers Directory.

70.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2008/2009.

71.     Selected to participate in the Martindale-Hubbell Peer Review Ratings evaluation, 2009.

72.     Invited for inclusion in 2009/2010 Princeton Global Networks' "Honors Edition" of the Registry of Professional Business Leaders.

73.     Accepted for inclusion in the 2009/2010 edition of Presidential Who's Who, a publication recognizing key executives, professionals and organizations for outstanding business and professional achievements.

74.     Member - Louisiana State Bar Association Continuing Legal Education Committee and Theme Seminar Sub-Committee, 2009/2010.

75.     Named to the American Trial Lawyers Association (ATLA) Top 100 Trial Lawyers in Louisiana.

76.     Selected to participate in the Martindale-Hubbell Peer Review Ratings evaluation, 2010.

77.     Selected for inclusion in the 2010 International Association of Business Leaders Hardcover Edition.

78.     Selected for inclusion in the 2010/2011 Edition of "Cambridge Who's Who."

79.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2010/2011.

80.     Selected as the Alexandria Coordinator for the Support of Lawyers/Legal Personnel – All Concern Encouraged (SOLACE) program for the Louisiana State Bar Association. The SOLACE program provides community outreach to members of the legal field and their families who have recently suffered from a significant illness, accident, loss or injury. The program aims to provide simple, but meaningful support to those in difficult and emergency situations. Many members of the legal community, which includes judges, lawyers, court personnel, paralegals, legal secretaries and other professionals, have already benefited from the outreach and support provided by SOLACE. In his role as Program Coordinator, Arsenault oversees and coordinates support efforts in the greater Alexandria area and serves as a liaison to the Louisiana State Bar Association's Community Action Committee, which founded the program.

81.     Selected for inclusion in the 2011-12 Edition of The Blackstone Who's Who Registry of Accomplished Professionals and Entrepreneurs.

82.     Selected for inclusion in Euromoney's *Benchmark Plaintiffs: The Definitive Guide to America's Leading Litigation Firms and Attorneys*.

83.     Member - Inaugural Executive Committee of the Class Action Trial Lawyers which is associated with the National Trial Lawyers; an invitation-only trial lawyer organization consisting of premier plaintiff trial lawyers.

84.     Selected to serve on the 2012 Executive Committee for The Environmental Trial Lawyers Association.

85.     Selected for inclusion in the 2012 Edition of Worldwide Who's Who Registry.

86.     Member – The Top Trial Lawyers in America: Million Dollar Advocates Forum and the Multi-Million Dollar Advocates Forum.

87.     Selected by the American Society of Legal Advocates as one of the Top 100 Litigation Lawyers in the State of Louisiana for 2013.

88.     Member – The American Society of Legal Advocates, 2013.

89.     Selected by the American Society of Legal Advocates as one of the Top 100 Litigation Lawyers in the State of Louisiana for 2014.

90.     Recognized with America's Most Honored Professionals 2014 Award.

91.     Selected by American Lawyer Media and Martindale-Hubbell as 2014 Top Rated Lawyers in Personal Injury Law.

92.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2014/2015.

93.     Selected by Best Lawyers to be included in the 2015 edition of *The Best Lawyers in America*.

94.     Selected by The National Law Journal as one of the Top 50 National Law Journal Verdicts & Settlements of 2014 for the case "Allen v. Takeda Pharmaceuticals International, Inc."

95.     Recognized by the National Trial Lawyers for Top 100 Trial Lawyers – Civil Plaintiff.

96.     Arsenault is a 2014 Litigator Award Nominee for having achieved the distinction of winning Multi-Million and Billion Dollar cases.

97.     Selected as 2014 Lawyer of the Year by CorporateLiveWire for achievements in Personal Injury law.

98.     Selected as a Member of the Nation's Top One Percent by The National Association of Distinguished Counsel.

99.     Appointed by United States Bankruptcy Court Judge Alan M. Koschik, Northern District of Ohio, Eastern Division, to serve as Special Counsel in the matter of Dianna F. Jeter.

100.    Nominated by the National Trial Lawyers Top 100 Trial Lawyers to serve on the 2015 Executive Committee.

101.    Selected by Best Lawyers to be included in the 2016 edition of *The Best Lawyers in America*.

_____

## PUBLICATIONS

1.      "Johnson v. Penrod: Years of Tradition Unhampered by Progress," Vol. 29, No. 1, Louisiana Bar Journal (June 1981).

2.      "A Primer on Remedies Available to the Offshore Oil Worker," Vol. 17, No. 9, Trial Magazine, 1981.

3.      "Maritime Personal Injury: Developing the Seaman's Claim," Vol. 6, No. 7, Voir Dire, 1981.

4.      "Maritime Personal Injuries: Developing the Offshore Platform Worker's Claim," Vol. 7, No. 2, Voir Dire, 1981.

5.      "Maintenance, Cure and Wages: General Principles and Recent Developments," Vol. 14, No. 2, The Forum, Winter, 1982.

6.      "Recognizing and Developing the Brownwater Seaman's Remedies," The Federal Bar News, May, 1982.

7.      "The General Maritime Law Counterpart to Worker's Compensation: Maintenance, Cure and Wages," Vol. 16, No. 4, The Forum (Texas Trial Lawyers Publication), April-June, 1982.

8.      "Problems Associated with Fixed Platform Maritime Personal Injury Claims," The Arkansas Trial Lawyers Association, The ATLA Docket, April, 1982.

9.      "Remedies Available to Seamen Part I Maintenance, Cure and Wages," The Arkansas Bar Association Journal, Vol. 16, No. 2, April 1982.

10.     "Remedies Available to Seamen Part II Unseaworthiness," The Arkansas Bar Association Journal, July, 1982.

11.     "Remedies Available to Seamen Part III The Jones Act," The Arkansas Bar Association Journal, October, 1982.

12.     "The Maritime Consortium Action: Moragne Through Cruz," The Journal of the Academy of Florida Trial Lawyers, No. 235, April, 1982.

13.     "A Postscript," The Arkansas Trial Lawyers Association, The ATLA Docket, June, 1982.

14.     "Bringing Pleasure-Boat Accidents Under the Forum," Trial Magazine, October, 1982.

15.     "Foremost Insurance Co. v. Richardson: Admiralty Jurisdiction Extended to Pleasure Craft Collisions," The Forum, Fall 1982.

16.     "Johnson v. Penrod Evidence of Inflation Admissible," Louisiana Bar Journal, December, 1982.

17.     "An Analytical Starting Point: The Elusive Determination of Seaman's Status," The Forum, Spring 1984.

18.     "Jones & McLaughlin v. Pfeiffer: No More Than Necessary," The Louisiana Bar Journal, October 1983.

19.     "Maritime Personal Injury on Foreign Waters," Trial Magazine, June, 1984.

20.     "Tort Immunity Under the Longshoreman Harbor Workers Compensation Act," Louisiana Bar Journal, October 1984.

21.     "Washington Metropolitan Area Transit Authority v. Johnson: The Sudden Rise and Fall of General Contractor Tort Immunity Under the LHWCA," The Maritime Lawyer, Spring, 1984.

22.     "Longshoreman and Harbor Workers' Compensation Act Tort Immunity Challenge," Trial Lawyers Forum, Volume 19, Nos. 1 and 2, 1984.

23.     "WMATA v. Johnson; LHWCA Tort Immunity Reconsidered," The Forum, Vol. 2, No. 2 (Winter, 1985).

24.     "Offshore Platform Workers: Remedies Available and Recent Developments in Defenses," Trial Magazine, July, 1985.

25.     "When is an Offshore Oilfield Worker a "Seaman" for Purposes of the Jones Act," Louisiana Bar Journal, Vol. 34, No. 1, June 1986.

26.     "Seaman's Status Takes an Unexpected Tack," Vol. 1, No. 3, Maritime Law Reporter (October 1987).

27.     "Seaman's Status Continues its Voyage Through Unchartered Brown Water Applications Using Barrett v. Chevron To Set Its Course," Tulane Maritime Law Review, The Maritime Lawyer, Vol. II, No. 2, Maritime Lawyer Article (Spring 1989).

28.     "Seaman v. Harbor Worker; What Test Applies to Determine Status"; Louisiana Bar Journal, June 1989, Vol., 37, No. 1.

29.     "Seaman Status: Just When You Thought It Was Safe To Get Back Into The Water"; Louisiana Bar Journal, Vol. 37, No. 1 (June 1989).

30.     "Seaman Status: Aid in Navigation Test Rejected," Louisiana Bar Journal, Vol. 38, No. 6, (April 1991).

31.     "Has the Traditional Mariner Been Forgotten," Trial Magazine, Vol. 28, No. 9 (September, 1992).

32.     "McDermott International, Inc. v. Wilander:  The Supreme Court Casts Aside the Navigation Function Requirement," Maritime Law Reporter, Vol. 3, No. 6.

33.     "Defendants Shop for Favorable Maritime Forums," Maritime Law Reporter, Vol. 4, No. 3.

34.     "Special Purpose Vessels Under Attack," Maritime Law Reporter, Vol. 5, No. 3 (1993).

35.     "Mitigating Weaknesses at Trial," Good Counsel Section, Page 17, Trial Magazine, Vol. 30, No. 2, February 1994.

36.     "Maritime Gaming & Available Tort Remedies," Maritime Law Reporter, Vol. 7, No. 2.

37.     "Maritime Personal Injury - Recovery Under the Death on the High Seas Act," Vol. XIII, No. 6, August 1998 issue, Louisiana Advocates.

38.     "U.M. v. Worker's Compensation; Who Pays," Vol. XIII, No. 7, September 1998 issue, Louisiana Advocates.

39.    "Demystifying MIST (Minor Impact; Soft Tissue) Claims," Vol. XIII, No. 8, October 1998 issue, Louisiana Advocates.

40.    "Hunting Season:  Remedies Available to Camp/Club Employees," Vol. XIII, No. 9, November 1998 issue, Louisiana Advocates.

41.    "Venue; Where Can Jones Act Claims be Brought?" Vol. XIII, No. 10, December 1998 issue, Louisiana Advocates.

42.    "Brown Water Vessel Status," Vol. XIV, No. 1, January, 1999 issue, Louisiana Advocates.

43.    "Does Payment of Workers' Compensation Benefits Interrupt Prescriptive Periods for Maritime Claims," Vol. XIV, No. 2, February, 1999 issue, Louisiana Advocates.

44.    "Driving While Intoxicated; A Formula for Punitive Damages," Vol. XIV, No. 3, March, 1999 issue, Louisiana Advocates.

45.    "Does Daubert Apply to Non-Scientific Experts," Vol. XIV, No. 4, April, 1999 issue, Louisiana Advocates.

46.    "Judicial Gatekeeping of Experts; Kumho Tire Co., Ltd. v. Carmichael," Vol. XIV, No. 5, May, 1999 issue, Louisiana Advocates.

47.    "Maritime Personal Injury Venue," Vol. XIV, No. 6, June, 1999 issue, Louisiana Advocates.

48.    "Recovery Under the Death on High Seas Act," Vol. 18, Issue No. 1, Spring 1999, San Francisco Trial Lawyer.

49.    "The Louisiana Supreme Court Addresses Seaman's Status - Perils of the Sea Standard," Vol. XIV, No. 7, July, 1999 issue, Louisiana Advocates.

50.    "Restoring the Injured Party v.  Sales Tax Recovery," Vol. XIV, No.  8, August, 1999 issue, Louisiana Advocates.

51.    "Vendetto v.  Sonat; Louisiana Supreme Court Addresses Jones Act Standards," Vol. XIV, No.  9, September, 1999 issue, Louisiana Advocates.

52.    "Who Enjoys the Benefits of the Limitation of Vessel Owner's Liability Act?" Vol. XIV, No.  10, October 1999 issue, Louisiana Advocates.

53.    "Floating Casinos Beware; Maritime Rule Governs Dram Shop Liability," Vol. XIV, No.  11, November 1999 issue, Louisiana Advocates.

54.    "Removal Under the Jones Act, OCSLA and the GML," Vol. XV No. 2, February, 2000 issue, Louisiana Advocates.

55.    "Maritime Forum Non Conveniens; La.C.C.P. art.123 v. 46 U.S.C. App. §688(b)," Vol. XV No. 3, March 2000 issue, Louisiana Advocates.

56.    "Limitation of Vessel Owner's Liability; Inapplicability to Non-Shipowners," Vol. IX, No. 1, Summer 2000, Currents International Trade Law Journal, South Texas College of Law.

57.    "Class Action Settlement of Future Claims," Vol. XIX, Number 12, December 2004 issue, Louisiana Advocates.

58.     "Daubert-Lite, Daubert's Role, If Any, at Class Certification Hearings, Louisiana Bar Journal, Volume 52, Number 5, February/March 2005.

59.     "Using Conflicts Principles to Obtain Punitive Damages in Louisiana Court," Vol. XX, No. 5, May 2005 issue, Louisiana Advocates.

60.     "Gathering Digital Data," *Trial* (Journal of the Association of Trial Lawyers of America), October 2005 issue (Pg. 20-21).

61.     "Knowledge is Power: A Practical Proposal to Protect Putative Class Members from Improper Pre-Certification Communication," 2006 Fed. Cts. L. Rev. 2.

62.     "The (Un)Availability of Act of God and Force Majeure Affirmative Defenses After Rita Katrina," Louisiana Advocates, June 2006.

63.     "Pre-Certification Discovery: A User's Guide," Tulane Law Review, 80 TLNLR 1827.

64.     "Hanks v. Entergy Corp. — The Supreme Court Provides Some Clarity But Leaves A Big Question Unanswered," Louisiana Advocates, February, 2007.

65.     "Duty to Find and Prepare a Knowledgeable Corporate Representative" Louisiana Bar Journal, Volume 55, Number 3.

66.     "Settlement Strategies for Complex Global Litigation," *TRIAL*, December 2007 issue (pages 40-41).

67.     "Mass Torts and Class Action Settlements," *TRIAL*, Accepted for Publication.

68.     "Will Daubert Challenge Your Class Certification," *TRIAL*, July 2009 issue (pages 38-39).

69.     "The Increasing Central Role of Bellwether Trials and MDL's," *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section, Fall issue, October 2009, Accepted for Publication.

70.     "Food-Borne Illness Litigation: Critical Questions," Louisiana Advocates, March 2010, Volume XXV, Number 3.

71.     "The Role and Function of Corporate Representatives at Trial," *The Trial Lawyer*, Fall 2012, Volume II, Number IV (pages 34-37).

72.     "Mass Tort Roundtable," *Brook Hollow Review*, Fall Edition 2013, Volume 02, Issue 03 (pages 21-22).

---

# PRESENTATIONS, PAPERS, SPEAKING ENGAGEMENTS

1.     Speaker - Louisiana Judicial College, Sports Torts and Premises Liability, Summer 1991.

2.     Speaker - American Trial Lawyers Association Convention. Topic: "Past, Present and Future; The Admiralty Practice," 1990, San Diego, California.

3.     Speaker - ATLA Annual Convention 1991; Toronto, Canada.

4.     Speaker - ATLA Annual Convention 1992; Washington, D.C.

5.     Speaker - Annual Convention of the American Trial Lawyers Association in Chicago, Illinois, July 1994.

23

6.     Speaker - Louisiana Trial Lawyer's Association. Topic: "Recent Developments in Admiralty Law," December 29, 1993, Baton Rouge, Louisiana.

7.     Speaker - Southern Trial Lawyers Association Annual Convention. Topic: "Unique Problems Associated with Maritime Personal Injury Claims," June, 1990.

8.     Louisiana Annual Bar Convention/Summer School Speaker - "Recent Tort Developments," June1990.

9.     Crossroads American Inn of Court of Alexandria Pineville Speaker - "Organization and Time Management," September 1990.

10.    Speaker - CLE Seminar on Maritime Law Presented by Lafayette Parish Bar Association, Cypremore Point, "Recent Developments in Maritime Torts," October 1990.

11.    Speaker - 3rd Annual Sandestin Summer School Revisited: "Torts: Did I Miss Anything Last Year," October 1990.

12.    Louisiana State Paralegal Association Seminar co-sponsored by the Alexandria Bar Association, Topic: "New Federal Rules Governing Discovery," September 17, 1993.

13.    Chairman - Louisiana Bar Association's Admiralty Seminar (Litigating Admiralty Claims), Lafayette, October 27, 1993.

14.    Speaker - LSU Law Center "Litigation Strategies," 1993.

15.    Speaker - Louisiana Trial Lawyers Association 1993 "Yours to Choose Seminar," Topic:  "Update on Admiralty," December 29, 1993.

16.    Guest Lecturer  - LSU Law Center, Deposition Practice, March 1, 1994.

17.    Speaker -Shreveport Bar Association, Topic: "Marine Gaming and Maritime Personal Injury," May 13, 1994.

18.    Speaker - Psychological and Hedonic Damages, Louisiana State Bar Association Summer School for Lawyers, June 6, 1994, Destin, Florida.

19.    Moderator - Panel Presentation on Class Actions and Multi-District Litigation, Annual Louisiana State Bar Convention, June 10, 1994, Destin, Florida.

20.    Speaker - Deposition Practice, 17th Post Graduate Summer School for Lawyers, LSU Law Center, Baton Rouge, Louisiana, July 11, 1994.

21.    Speaker – Panel Presentation concerning issues and problems associated with maritime cases, 1994 ATLA Annual Convention, Chicago, Illinois, July 25, 1994.

22.    Faculty Member - 1994 Trial Advocacy Program - LSU Law Center, Baton Rouge, Louisiana, August 15-17, 1994.

23.    Seminar Chairman and Moderator - Admiralty Symposium - Louisiana State Bar Association - Lafayette, Louisiana, September 16, 1994.

24.    Speaker - Tulane Law School - Maritime Law in the 90's Seminar, New Orleans, Louisiana, September 30, 1994.  Topic:  Post-Miles Maritime Worker Remedies.

25.    Guest lecturer - LSU Law Center - Admiralty Court - Professor Frank Marais - Topic:   Plaintiffs' Maritime Practice Overview.

26.     Chairman - 1995 Louisiana State Bar Association Annual Meeting, Section on Insurance, Negligence, Workers' Compensation and Admiralty Law Program: Billiot; Tort Immunity Inroads, Destin, Florida, June 9, 1995.

27.     ATLA Admiralty Section Program Coordinator and Moderator - 1995 ATLA Annual Convention - New York, New York, July 17, 1995.

28.     Seminar Chairman and Moderator - Louisiana Bar Association Admiralty Seminar - New Orleans, Louisiana, Fall 1995.

29.     Faculty member - Trial Advocacy Program at LSU, August 12-14, 1996, Baton Rouge, Louisiana.

30.     Seminar Chairman and Moderator - Louisiana State Bar Association's Fourth Annual Admiralty Symposium, September 6, 1996, New Orleans, Louisiana.

31.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; June 6, 1997; "Paul Revere Tour of Louisiana Personal Injury Law"; participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik in Sandestin, Florida.

32.     Faculty - LSU Trial Advocacy Program (Louisiana State University Law Center) August 11-13, 1997.

33.     Panelist - Tulane  "6th Fall Maritime Law Seminar - September 26, 1997, New Orleans, Louisiana. Topic - Ethics, Mediation and the Maritime Lawyer.

34.     Seminar Chairman and Moderator - Louisiana State Bar Association's Fifth Annual Admiralty Symposium, September 5, 1997, New Orleans, Louisiana.

35.     Speaker - 1997 Catch the Falling Leaves CLE Seminar - Asheville, North Carolina - November 1-3, 1997, Topic - Jurors in Modern Litigation; the Use of Consultants and Questionnaires.

36.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association;  participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik and Professor Thomas Galligan,  Topic: "Torts and Admiralty: What's Been Happening in the Last Year While You've Been Practicing Law," June 12, 1998, Destin, Florida.

37.     Seminar Chairman and Moderator - Louisiana State Bar Association's Sixth Annual Admiralty Symposium, September 11, 1998, New Orleans, Louisiana.

38.     Faculty - 7th Fall Maritime Law Seminar - September 25, 1998 - New Orleans, Louisiana.

39.     Speech - St. Mary Parish Bar Association - Topic:   "Maritime Experts and Recent Admiralty Developments" - November 9, 1998.

40.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association;  participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik and Professor Thomas Galligan,  Topic: "Torts and Admiralty: What's Been Happening in the Last Year While You've Been Practicing Law," June 11, 1999, Destin, Florida.

41.     Seminar Chairman and Moderator - Louisiana State Bar Association's Seventh Annual Admiralty Symposium, September 10, 1999, New Orleans, Louisiana.

42.     Faculty - Mealey's Judges & Lawyers in Complex Litigation: Class Actions, Mass Torts, MDL and the Monster Case Conference - November 8-9, 1999, West Palm Beach, Florida.

        Moderator - Managing Counsel:  Organization, Payments And Ethical Issues
        •       Considerations in appointing steering committees
        •       The judge's role regarding attorney fee disputes
        •       Fee reductions in awarding attorney fees
        •       Ethical issues for judges in statewide MDLs

        Speaker - Experts
        •       The Court's role under *Daubert* and *Frye*
        •       Court-appointed experts
        •       Effect of Kumho Tire on use of experts
        •       Lawyers' strategies in selecting experts - number, type, etc.
        •       How judges assess the reliability of non-scientific experts

43.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander.  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law," June 9, 2000, Destin, Florida.

44.     Seminar Chairman and Moderator - Louisiana State Bar Association's Eighth Annual Admiralty Symposium, September 8, 2000, New Orleans, Louisiana.

45.     Seminar Chairman - Louisiana State Bar Association's Class Action/Mass Tort Symposium, October 27, 2000, New Orleans, Louisiana.

46.     Panelist - Louisiana State Bar Association's Ethics 2000 Conference "New Rules for a New Era," December 1, 2000, New Orleans, Louisiana.

47.     Panelist - Mealey's Propulsid Litigation Conference, January 22, 2001, New Orleans, Louisiana; Topic: Update on the MDL and Class Actions (Discovery).

48.     Panelist - Southern University Law Center - Winning Million Dollar Cases - The Anatomy of a Mass Tort Case, March 31, 2001, Baton Rouge, Louisiana.

49.     Panelist - Mealey's Propulsid Litigation: Preparing for Trial, June 15, 2001, New Orleans, Louisiana. Topic: Impressions From the Field: Panel Discussion on Experiences in Propulsid Cases and Latest Developments in the Litigation.

50.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander.  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law," June 8, 2001, Destin, Florida.

51.     Speaker - Propulsid Products Liability Litigation - MDL Seminar held August 2, 2001.  Presentation on "State Liaison Committee - Structure and Mission."

52.     Seminar Chairman and Moderator - Louisiana State Bar Association's Ninth Annual Admiralty Symposium, September 7, 2001, New Orleans, Louisiana.

53.     Seminar Chairman - Louisiana State Bar Association's Class Action/Mass Torts Symposium, October 26, 2001, New Orleans, Louisiana.

54.     Invited Speaker - Mass Torts Made Perfect, Inc. Seminar - November 1, 2001   Topic: "PPA Litigation - MDL Activity," Las Vegas, Nevada.

55.     Invited Speaker - Louisiana Judicial College 2001 Annual Torts Seminar - December 14, 2001  - New Orleans, Louisiana.   Topic: "Certification of the Class Action; Subclasses, and Management of Class Actions."

56.     Invited Speaker - Mealey's Conference on Baycol Litigation-  January 14-15, 2002 -  San Diego, California Topic: "Litigation Update - What are the Latest Developments in the Class Action? Who is in the Class? Who is Out? Status of the MDL and Medical Monitoring Claims."

57.     Invited Speaker - ATLA Convention - Mid-Winter Meeting - Propulsid Litigation Group - February 11, 2002, Miami, Florida.  Topic: "Federal/State Cooperation."

58.     Co-Chairman - Mealey's Conference on Baycol Litigation, May 2-3, 2002, Pasadena, California.

59.     Invited Speaker - Louisiana Judicial College, June 25, 2002, San Destin, Florida  Topic: "Role of the Judiciary in the Management of Class Actions."

60.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander. Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law," June 28, 2002, San Destin, Florida.

61.     Seminar Chairman and Moderator - Louisiana State Bar Association's 10th Annual Admiralty Symposium, September 6, 2002, New Orleans, Louisiana.

62.     Invited Speaker - Mass Torts Made Perfect - Drug Litigation Seminar, September 12-13, 2002 Atlantis - Paradise Island, Bahamas   Topic: "Trial Preparation - Baycol."

63.     Seminar Chairman - Louisiana State Bar Association's 3rd Annual Class Action/Mass Tort Symposium, October 25, 2002, New Orleans, Louisiana.

64.     Invited Speaker - Baycol Trial Preparation and Current Settlement Activity Seminar,  December 5- 6, 2002  Miami, Florida. Topics: Trial & Testimony Evidence; Bayer & GSK Liability; and Bayer & GSK Punitive Conduct.

65.     Invited Speaker - Needles Mass Tort Seminar – Bahamas, December  6, 2002. Topic: Baycol Litigation: Trial Preparation.

66.     Invited Speaker - The Federal Judicial Center's Workshop for Judges of the Fifth Circuit - April 3, 2003 - New Orleans, Louisiana.   Topic: Managing Class Action/Mass Tort Cases.

67.     Invited Speaker - L.A. Baycol Seminar (Trial Preparation Seminar), April 24, 2003, Los Angeles, CA Topics: Trial & Testimony Evidence, Overall Trial Strategy - Mock Trial/Focus Groups.

68.     Invited Speaker - Mealey's Baycol Litigation Conference, June 2-3, 2003 Amelia Island, Florida Topic: Update on Discovery.

69.     Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, Richard T. Haik and Jay C. Zainey, Dean Thomas Galligan, & Joseph Guilbeau.  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law," June 13, 2003, San Destin, Florida.

70.    Invited Seminar Chairman and Moderator - Louisiana State Bar Association's 11th Annual Admiralty Symposium, September 5, 2003, New Orleans, Louisiana.

71.    Invited Speaker - Louisiana Bar Association's Environmental Litigation Seminar, Nuts & Bolts of Environmental Litigation.  Topic: "The Class Action in Environmental Litigation," September 19, 2003, New Orleans.

72.    Invited Seminar Chairman and Moderator - Louisiana State Bar Association's 4th Annual Class Action/Mass Tort Symposium, October 24, 2003, New Orleans, Louisiana.

73.    Invited Speaker - Mass Torts Made Perfect Seminar  Topic: "Baycol Pharmaceutical Litigation Status and Strategy," November 6 & 7, 2003, New Orleans.

74.    Invited Speaker - Louisiana State University's Maritime Personal Injury Seminar, Topic: "Creative Settlements," November 13, 2003, Baton Rouge.

75.    Moderator - Mass Torts Made Perfect Symposium - Topics included Medical Devices, Pharmaceuticals, Predatory Lending, San Francisco, March 18 & 19, 2004; Featured Speakers: Eliot Spitzer and Al Franken.

76.    Moderator - Practice Made Perfect:  "Protecting Your Practice in a Changing World," Atlantis, Paradise Island, Bahamas,  June 10 & 11, 2004.

77.    Organized presentation for the Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges, Richard T. Haik, G. Thomas Porteous, Jr., and Dean Thomas Galligan.  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law," June 11, 2004, San Destin, Florida.

78.    Faculty Member -  LSU Trial Advocacy  Training Program, Aug 9-11, 2004.

79.    Seminar Chairman and Moderator - Louisiana State Bar Association's 12th Annual Admiralty Symposium, September 3, 2004, New Orleans, Louisiana.

80.    Invited Speaker - Louisiana State Bar Association's Insurance Oscars: Award-winning Strategies for Dealing with Insurance Issues;  Seminar Topic: Monster (Coverage Questions) -- Multi-headed, Multi-complex, Multi-year, Multi- policy Litigation Panel; October 1, 2004, New Orleans.

81.    Seminar Chairman and Moderator - Louisiana State Bar Association's 5th Annual Class Action/Mass Tort Symposium, October 22, 2004, New Orleans, Louisiana.

82.    Invited Speaker - Mealey's Vioxx Litigation Conference, November 9, 2004, Pasadena, California;

       Topic:   Alleged Health Effects from the Ingestion of Vioxx
       •       Vioxx History
       •       Vioxx Withdrawal Dynamics
       •       Review of the Clinical Studies
       •       Daubert Considerations

83.    Guest Speaker - Legal Broadcast Network Radio Show hosted by Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"), Topic: Managing Mass Tort Litigation; November 11, 2004, Las Vegas, Nevada.

84.    Co-Host - Legal Broadcast Network, "Tort Talk."  Topic:  FDA Whistleblower Names Five Unsafe Drugs: Impact for Mass Torts; December 2, 2004.

85.  Guest Speaker - Legal Broadcast Network, "Lawyer Talk."  Topic:  Rights at Risk: Can We Win in the Court of Public Opinion?; December 2, 2004.

86.  Co-Host and guest, Legal Broadcast Network.  Topic: Pharmaceutical Litigation and Tort Reform.  Also appearing was former Congressman and MSNBC TV personality, Joe Scarborough; December 8, 2004.

87.  Speaker - Panel presentation regarding Vioxx liability timeline.  Co-panelists included Chris Seeger and Andy Birchfield; December 13, 2004, Washington, D.C.

88.  Co-Host - Legal Broadcast Network, "Tort Talk."  Topic: Vioxx Litigation; December 16, 2004.

89.  Guest Speaker - Legal Broadcast Network, "Ask the Experts." Topic: Medicare & Mass Tort Litigation Organization; December 23, 2004.

90.  Co-Host - Legal Broadcast Network, "Tort Talk."  Topic: Pharmaceutical Litigation.  Appearing as guests were Dr. Jerry Avorn, Harvard M.D. (well-known author of Powerful Medicines; the benefits, risks & costs of prescription drugs); December 23, 2004.

91.  Guest Speaker - Legal Broadcast Network, "Lawyer Talk."  Topic: Tort Reform; December 23, 2004.

92.  Co-Host - Legal Broadcast Network, "Tort Talk."  Topic: Lawyers Representing Vioxx Victims Plan Their Attack Against Merck, January 21, 2005.

93.  Co-Host - Legal Broadcast Network, "Tort Talk." Topic: The Pain "Killers": How Vioxx, Celebrex, and Bextra Can Relieve You of Life, January 27, 2005.

94.  Invited Speaker - Vioxx Litigation Group Symposium; Topic: Vioxx Liability and Science Issues; ATLA Convention, Palm Springs, CA, January, 2005.

95.  Invited Speaker - Louisiana State Bar Association's Multi Topic CLE Seminar, Florida, February 7 9, 2005 Topic:  Personal Injury Practice; Practical Suggestions.

96.  Moderator - Complex Litigation Seminar in New York,  March 17, 2005.  Featured speakers included Robert F. Kennedy, Jr., Jan Schlichtmann, and Eliot Spitzer.

97.  Guest Speaker, Legal Broadcast Network, "Tort Talk."  Topic: Issues surrounding the Vioxx litigation; March 17, 2005.

98.  Invited Speaker - LSU Law School Environmental Law Roundtable; Topic: Effect of Federal Class Action Statute on Louisiana Class Action Practice, April 19, 2005.  Co-panelists include Honorable Richard Haik, Chief Judge, U.S. District Court, Western  District of Louisiana; Edward Sherman, Professor of Law and Dean-Emeritus, Tulane Law School; David M. Bienvenue, Jr., Taylor Porter Brooks & Phillips; and  William Jarman, Kean Miller Hawthorne Darmond McCowan & Jarman.

99.  Invited to be a guest on the "Special Tribute to America's Best Lawyers" show on the American Airlines Business program broadcast exclusively on the "Forbes Radio" channel.

100.  Interviewed by Jan Schlichtmann for the Legal Broadcast Network regarding the Vioxx MDL status conference, April 28, 2005.

101.  Invited Guest and Speaker - 2005 Judicial Conference of the Fifth Circuit, New Orleans, May 2-4, 2005 Topic: Voir Dire/Practices and Policies.

102.  Invited to make presentation regarding scientific literature, American Trial Lawyers' Association Vioxx Mock Trial Seminar, May 19, 2005, New Orleans.

103.   Seminar Co-Chair,  Mealey's Bextra/Celebrex Litigation Conference, May 11, 2005, Chicago, Illinois.

104.   Invited Speaker - HarrisMartin's Bextra Litigation Conference, May 18, 2005, New Orleans, Louisiana. Topic: Bextra Litigation History and Timeline.

105.   Speaker - Mealey's Vioxx Litigation Conference, June 22, 2005, New Orleans, Louisiana.  Topic: Vioxx: A Factual Overview.

106.   Interviewed by Jan Schlichtmann regarding Vioxx litigation, Guidant implanted defibrillators, and Medtronic recall of heart pacing devices, August 1, 2005.

107.   Speaker - ATLA Heart Device Litigation Group Seminar, September 15, 2005, Las Vegas, Nevada. Topic: Timeline of Key Events.

108.   Speaker - ATLA Trends and Hot Topics in Pharmaceutical Litigation Seminar, September 16-17, 2005, Las Vegas, nevada.  Topic: Guidant and Medtronic Update.

109.   Interviewed by Jan Schlichtmann on the Legal Broadcast Network. Topic: Recent MDL Developments; October 11, 2005.

110.   Speaker - Louisiana State University School of Law, ethics panel presentation with Federal District Judge Frank J. Polozola & District Judge Hadley Ward Fontenot, October 14, 2005.

111.   Invited Speaker - Mealey's Heart Device Litigation Conference, October 27, 2005, Las Vegas.

112.   Invited Co-Chair - Mealey's Vioxx - the Ernst Jurors Speak - Teleconference, November 2, 2005.

113.   Speaker - HarrisMartin Cox-2 Litigation Conference, Topic: Bextra Liability Overview &Timeline, San Francisco,  November 3, 2005.

114.   Invited Speaker -  American Bar Association's The Future of Class Action Litigation in America Seminar, Topic: Class Actions and  MDLs – Hot Topics in Class Actions, Keynote Speaker, Senator Orrin Hatch, November 11, 2005, Washington, D.C.

115.   Moderator and Invited Speaker  - Mass Torts Made Perfect  A Win, Wynn Situation Seminar; topic: "As a Small Office, Learn How to Make Money in Big Projects without Going Broke,"  Las Vegas, Nevada, November 17-18, 2005.

116.   Invited Speaker - Mealey's Vioxx Litigation Conference, Topic: Motions in Limine and Daubert Issues Associated with the Vioxx Litigation, Las Vegas, December 12 & 13, 2005.

117.   Invited Speaker - ATLA Heart Device Litigation Group Meeting; Topic: MDL Status and Associated Organizational Issues; Minneapolis, MN, December 15, 2005.

118.   Invited Speaker - Class Actions in the Gulf South and Beyond Seminar, February 3-4, 2006, Tulane University, Tulane Law School, New Orleans, LA.

119.   Invited Speaker - ATLA Cox-2 Seminar, Topic: Bextra Litigation, Honolulu, Hawaii, February 20, 2006.

120.   Speaker - Propulsid II Settlement Seminar, Topic: Administrative Claims, February 23, 2006, Jackson, MS.

121.   Invited Co-Chair - Mealey's Vioxx Litigation Conference - Amelia Island, Florida - May 8-9, 2006 and Moderator of the Judicial Panel   Topic:  Perspectives from the Bench.  Panelists  Hon. Wilson, Hon. Duval & Patrick Juneau.

122.   Invited Speaker - ATLA Heart Device Litigation  Group Seminar, Topic: The Guidant Liability Case Discovery Update for the Guidant Litigation, May 12, 2006, Washington, D.C.

123.   Invited Speaker - ATLA Ortho Evra Litigation Group Seminar, Topic: Liability Issues, May 12, 2006, Washington, D.C.

124.   Faculty Member - 2006 Trial Advocacy Program, LSU Law Center, August 7-9, 2006.

125.   Seminar Chairman and Moderator - Louisiana State Bar Association's 13th Annual Admiralty Symposium, September 1, 2006, New Orleans, Louisiana.

126.   Invited Speaker - Tulane's 22nd New Orleans Fall Maritime Law Seminar  Topic: Motions: Challenging the Evidence and Shifting the Forum: Challenging Electronic and Simulator Evidence, Expert Testimony and Motions to Shift Forums, September 8-9, 2006, New Orleans, LA.

127.   Speaker - Mealey's Teleconference, "How to Get on an MDL Committee, September 15, 2006.

128.   Moderator and Speaker - Mass Torts Made Perfect Complex Litigation Seminar, October 12 & 13, 2006, Las Vegas.  Featured speakers included former President Bill Clinton.

129.   Seminar Chairman and Moderator - Louisiana State Bar Association's 6th Annual Class Action/Mass Tort Symposium, October 20, 2006, New Orleans, Louisiana.

130.   Speaker - ATLA's Protecting the Public: Pharmaceutical and Medical Device Seminar, Topic: Bausch & Lomb State Court Update, November 16, 2006, Las Vegas.

131.   Speaker - ATLA's Protecting the Public: Pharmaceutical and Medical Device Seminar, Topic: Heart Device Litigation: Guidant and Medtronic,  November 17-18, 2006, Las Vegas.

132.   Invited Speaker -  21st Annual Federal Practice & Advocacy Seminar,  Topic:  Electronic Discovery, Creative Litigation Exit Strategies, February 8, 2007, New Orleans, Louisiana.

133.   Speaker - ATLA Convention, Heart Device Litigation Group Meeting, Topic: Medtronic Discovery, February 12, 2007, Miami, Florida.

134.   Speaker - ATLA Convention, Renu Litigation Group Meeting, Topic: State Court Litigation and Proceedings, February 13, 2007, Miami, Florida.

135.   Invited Speaker - LSU's 5th Judge Alvin B. Rubin Conference on Maritime Personal Injury Law,  Topic: Should the Rising Tides Wash Away the U.S. Corps of Engineers' Immunity?  (Did the storm surge up the MRGO expose a potential hole in the Corps' Protection?), March 2, 2007,  LSU Law Center, Baton Rouge, Louisiana.

136.   Moderator - Mass Torts Made Perfect, "Changing Times, Changing Politics. Is your Firm Ready?" Seminar, March 29-30, 2007, Las Vegas, key note speakers to include Robert F. Kennedy, Jr.

137.   Invited Speaker - Mealey's Drug & Medical Device Litigation Conference, Topic:  Preemption,  May 3, 2007, San Diego, California.

138.   Speaker - Louisiana State Bar Association's 2007 Summer School for Lawyers,  Topic: Class Action Fairness Act; It's Application and Practical Implication, June 5, 2007, San Destin, Florida.

139.   Invited Speaker - Harris Martin's Hot Topics in Pharmaceutical Litigation Conference, June 7-8, 2007, Miami Beach, Florida.

140.    Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges, June 8, 2007, San Destin, Florida. Topic: Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law.

141.    Seminar Chairman and Moderator - Louisiana State Bar Association's 14th Annual Admiralty Symposium, September 7, 2007, New Orleans, Louisiana.

142.    Seminar Chairman and Moderator - Louisiana State Bar Association's 7th Annual Class Action/Mass Tort Symposium, October 19, 2007, New Orleans, Louisiana.

143.    Speaker - ABA Conference on Class Actions, October 25, 2007, Washington, D.C.   Topic:  The Increasing Central Role of Bellweather Trials and MDL's.

144.    Invited Moderator – Teleseminar, November 1, 2007.  Topic: American Association for Justice Education More Medtronic Recalls: What's the Impact on Your Clients?

145.    Speaker - Whatley Drake & Kallas Complex Litigation, Mass Torts & Class Actions CLE Summit, November 1 - 3, 2007, Birmingham, Alabama. Topic:  Mass Torts.

146.    Moderator - Mass Torts Seminar, November 8-9, 2007, Las Vegas, Nevada.  Key note speaker:  Dan Rather.

147.    Speaker - Louisiana State Bar Association's New York, New York, Multi-Topic Seminar, November 18, 2007, New York, New York.   Topic:  Navigating Complex Litigation, Class Actions and MDL's ... An Overview from Inception to Exit Strategies (And the Chaos in Between).

148.    Invited Speaker - Louisiana State Bar Association's Summer School Revisited,  Dececember 13, 2007, New Orleans, Louisiana. Topic: Class Action Fairness Act - Its Application and Practical Implications.

149.    Speaker - ATLAS 2008 Seminar, February 7, 2008, Palm Beach Gardens, Florida. Topic: Evaluating Mass Tort Litigation.

150.    Speaker -  Tulane Law Review Symposium on Multidistrict Litigation, February 15-16, 2008, Tulane Law School, New Orleans, Louisiana. Topic:  Bellwether Trials and Settlement Devices.

151.    Attended the American Conference Institute's Food Borne Illness Litigation Seminar, Feb. 28-29, 2008, Scottsdale, Arizona.

152.    Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges, June 13, 2008, San Destin, Florida. Topic: Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law.

153.    Invited Speaker - AAJ 2008 Annual Convention, July 12-16, 2008, Philadelphia, Pennsylvania. Topic: Does Daubert Apply to Class Certification?

154.    Seminar Chairman and Moderator - Louisiana State Bar Association's 15th Annual Admiralty Symposium, September 5, 2008, New Orleans, Louisiana.

155.    Invited Speaker – AAJ Pharmaceutical Seminar, September 12, 2008, Las Vegas, Nevada. Topic: Hot Topic Litigation Update.

156.    Seminar Chairman and Moderator – Louisiana State Bar Association's 8th Annual Class Action/Mass Tort Symposium, October 17, 2008, New Orleans, Louisiana.

157.   Program Chair – Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges, June 12, 2009, San Destin, Florida. Topic: Torts and Admiralty - What's Been Happening in the Last Year While You've Been Practicing Law.

158.   Invited Speaker – Federal Bar Association seminar,  Panel Presentation with U.S. District Court Chief Judge James M. Rosenbaum of the District of Minnesota, Topic:  Preemption, June 24, 2009, Minneapolis, Minnesota.

159.   Faculty Member – 2009 Trial Advocacy Program - LSU Law Center, Baton Rouge, Louisiana, August 10-12, 2009.

160.   Seminar Chairman and Moderator – Louisiana State Bar Association's 16th Annual Admiralty Symposium, September 18, 2009, New Orleans, Louisiana.

161.   Seminar Chairman and Moderator – Louisiana State Bar Association's 9th Annual Class Action/Mass Tort Symposium, October 16, 2009, New Orleans, Louisiana.

162.   Speaker – AAJ 2010 Annual Convention, July 10-14, 2010; Topic: *Iqbal/Twombley* at the End of Notice Pleadings; Vancouver, BC, Canada.

163.   Speaker – Louisiana State Bar Association's 9th Annual Class Action/Mass Tort Symposium, October 16, 2009, New Orleans, Louisiana, Mass Foodborne Illness Torts; How Are Your Individual and Commercial Clients Impacted by Recalls?

164.   Interviewed by Jennifer Yang for Toronto Star regarding Stork Craft Crib recall lawsuit, November 25, 2009.

165.   Speaker – LSBA 21st Annual Summer School Revisited; Topic: Recent Maritime Developments; December 10-11, 2009, New Orleans, Louisiana.

166.   Seminar Chairman– HarrisMartinToyota Recall Litigation Conference, March 24, 2010, San Diego, California. The following press was in attendance:  Associated Press, San Diego Tribune, Reuters, Wall Street Journal, Nippon Television (Japan), Local ABC, NBC and CBS affiliates, Los Angeles Times, Automotive News, CBS Radio Los Angeles, KPBS San Diego News, Fox News and NBC-San Diego.

167.   Interviewed by Nippon Television (Japan) at the HarrisMartinToyota Recall Litigation Conference, March 24, 2010, San Diego, California.

168.   Interviewed by Amanda Bronstad with the National Law Journal, March 15, 2010. Topic: Toyota Recall.

169.   Interview requested by Susan Li with Bloomberg TV, April 6, 2010. Topic: Toyota Recall.

170.   Seminar Chairman – HarrisMartinToyota Recall Litigation Conference Part II, May 12, 2010, Costa Mesa, California.

171.   Interviewed by Sebastian Walker with Al Jazeera English TV News, May 3, 2010. Topic:  Deepwater Horizon Drilling Rig Explosion.

172.   Interviewed by Bard Aune with BBC Radio, April 30, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

173.   Interviewed by Russell Trott, BBC World News TV, April 30, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

174.    Interviewed by Amanda Bronstad with the National Law Journal, May 6, 2010. Topic: Toyota Recall, HarrisMartinToyota Recall Litigation Conference Part II.

175.    Interviewed by Graham Messick with CBS News, 60 Minutes, May 8, 2010. Topic:  Deepwater Horizon Drilling Rig Explosion.

176.    Interviewed on multiple occasions by National Correspondent Ian Urbina with The New York Times. Topic: Deepwater Horizon Drilling Rig Explosion.

177.    Interviewed by Wade Goodwyn with National Public Radio on May 10, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

178.    Interviewed by Ciaran McEvoy with Los Angeles Daily Journal on May 14, 2010. Topic: Toyota Recall, Appointment to Economic Loss Committee.

179.    Seminar speaker – LSBA Annual Meeting on June 11, 2010, Sandestin, Florida. Topic: Recent Tort and Maritime Developments Including the Gulf Coast Oil Spill Litigation.

180.    Seminar speaker – AAJ Annual Convention on July 10, 2010, Vancouver, Canada. Topic: Twombley/Iqhbar:  The End of Notice Pleadings.

181.    Seminar speaker – AAJ Annual Convention on July 12, 2010, Vancouver, Canada. Topic: Foodborne Illness 101.

182.    Chair of educational meeting at AAJ Annual Convention on July 14, 2010, Vancouver, Canada. Topic: Gulf Coast Oil Spill Litigation Group.

183.    Chair of LSBA Annual Meeting Gulf Coast Oil Spill Litigation Meeting on June 11, 2010, Sandestin, Florida.

184.    Interviewed by Businessweek on May 25, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

185.    Interviewed by The Miami Herald on May 25, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

186.    Interviewed by The Wall Street Journal on May 24, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

187.    Interviewed by Kim Taylor-Galway with CBC on May 26, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

188.    Interviewed by Joe Johns with CNN on June 2, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

189.    Interviewed by Gabe Friedman with Los Angeles Daily Journal on June 15, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

190.    Co-Chair of LSBA Annual Meeting on June 10, 2010, Sandestin, Florida. Co-panelists include Chief Justice Pascal Calogero, Judge Robert Klees, Judge Ward Fontenot, Judge Ronald Cox and Professor Tom Galligan.  Topic: Louisiana's Judiciary and Mass Torts, Class Actions and Complex Litigation.

191.    Interviewed by Stacey Vanek-Smith for NPR Market Watch on June 7, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

192.    Interviewed by Kimberly Kindy for Washington Post on July 21, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

193.    Interviewed by Dan Froomkin for Huffington Post on July 14, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

194.    Interviewed by Thorsten Schroder for New York German Press on July 19, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

195.    Interviewed by Romain Raynaldy for Agence France-Presse (AFP) on July 27, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

196.    Interviewed by Carol Williams for the Los Angeles Times on July 23, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

197.    Interviewed by Michael Saba with CBC Montreal on July 28, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

198.    Interview requested by Pierre Rene with Excelsior Newspaper on August 10, 2010. Topic: Deepwater Horizon Drilling Rig Explosion.

199.    Speaker - J&J DePuy Hip Recall Litigation Conference on November 17, 2010 in Durham, North Carolina. Topic: MDL Status Update; Examining Where Cases are Filed and in What Number, Comparing Venues, Predicting the JPMDL's Decision.

200.    Moderator - 2011 AAJ Winter Convention on February 5-9, 2011 in Miami, Florida. Theme:  Gulf Coast Oil Spill and DePuy Hip Implant Recall.

201.    Speaker - Louisiana State Bar Association's 10th Annual Class Action/Mass Tort Symposium, December10, 2010, New Orleans, Louisiana, Mass Foodborne Illness Torts; How Are Your Individual and Commercial Clients Impacted by Recalls?

202.    Chairman, HarrisMartin Darvon and Darvocet Recall Litigation Conference, January 14, 2011, New Orleans, Louisiana.

203.    Co-Chair - HarrisMartin Darvon/DePuy Symposium, March 29, 2011, San Diego, California.

204.    Interviewed by Melissa Maleske with InsideCounsel magazine on February 25, 2011. Topic: Deepwater Horizon Drilling Rig Explosion.

205.    Interviewed by Shelia Kaplan with The Center for Public Integrity on February 23, 2011. Topic: Deepwater Horizon Drilling Rig Explosion.

206.    Speaker - Harris Martin DePuy Pinnacle Hip Implant Litigation Conference, May 15, 2011, Louisville, Kentucky.  Topic: DePuy Pinnacle MDL Status Update.

207.    Co-Chair - HarrisMartin Zimmer Knee and DePuy Hip Symposium, July 27, 2011 in San Francisco, California.  Topic: Discovery Update – ASR and Pinnacle Litigation.

208.    Speaker - Law Seminars International Litigating Class Actions Seminar, October 24-25, 2011 in Chicago, Illinois. Topic: Privilege Logs, Litigation Holds, Electronic Discovery.

209.    Invited Speaker – LSU Seminar Litigation & Liability in the Workplace on September 23, 2011 in Baton Rouge, Louisiana. Topic: Illnesses With Long Latency Periods.

210.    Chair – LSBA Annual Meeting, Insurance, Tort, Workers' Compensation and Admiralty Law Section Seminar on June 30, 2011 in Las Vegas, Nevada.  Topic: What's Been Happening During the Year – While You've Been Practicing Law.

211.     Invited to serve as judge for the 2011-12 Robert Lee Tullis Moot Court Competition, LSU Law Center, Baton Rouge, Louisiana.

212.     Speaker – Actos Teleseminar, September 8, 2011. Topic: Status of Current Litigation.

213.     Seminar Chairman and Speaker - Louisiana State Bar Association's 18th Annual Admiralty Symposium, September 30, 2011, New Orleans, Louisiana.  Topic:  Creative Techniques for Managing Documents.

214.     Speaker – 2012 AAJ Winter Convention, July 28-August 1, 2012, Chicago, Illinois. Topic: Aggregate Settlement Considerations, DePuy MoM Hip Seminar.

215.     Invited Speaker – FJA Workhorse Seminar on March 22, 2012. Topic: What You Need to Know About the New Procedure of 'Trying a Case on the Clock' - Knowing How to Plan and Prepare for This New System - Avoiding Traps That Can Get You and Your Case in a Very Bad Fix! The Psychology of Trial and Persuasion Under This New System (A New System Coming to Your Courthouse Soon!)

216.     Invited Speaker - Law Seminars International Litigating Class Actions Seminar, May 14-15, 2012 in Seattle, Washington. Topic: Privilege Logs, Litigation Holds, Electronic Discovery. Topic:  Developing Trial Strategies and Approaches.

217.     Speaker – 2012 AAJ Winter Convention on February 11-15, 2012 in Phoenix, Arizona. Topic: Actos.

218.     Speaker – 2012 AAJ Annual Convention, DePuy Metal on Metal Hip Implant Litigation Group on July 29, 2012 in Chicago, Illinois.  Topic:  Aggregate Settlement Considerations.

219.     Speaker – First Annual NYSTLA Product Liability & Mass Tort Seminar on April 27, 2012 in New York, New York.

220.     Invited Speaker – Mealey's Webinar, May 16, 2012. Topic: Manufacturers.

221.     Co-Chair - HarrisMartin MDL and Class Action Litigation Conference, July 25, 2012, Cleveland, Ohio.

222.     Speaker – Summer Law Clerks & Young Lawyer Seminar, FBA Lafayette-Acadiana Chapter, June 21, 2012 in Lafayette, Louisiana.

223.     Chairman – Insurance, Tort, Workers' Compensation & Admiralty Law Seminar, LSBA Annual Joint Summer School and Annual Meeting with Judges Haik, Minaldi, Zainey and Professor Tom Galligan, June 8, 2012 in Destin, Florida.

224.     Co-Chair – HarrisMartin Metal on Metal Hip Seminar, September 19, 2012 in New York, New York.

225.     Speaker – Law Seminars International Litigating Class Actions Seminar, December 6, 2012 in Chicago, Illinois. Topic:  Developing Trial Strategies and Approaches.

226.     Speaker – Webinar, Topic: The Supreme Court's War on Consumers:  Concepcion, Dukes, and the Near Miss in First American v. Edwards:  What the Consumer Practitioner Needs to Know.

227.     Moderator – Actos Teleseminar, July 28, 2012. Topic: A Basic Background on Actos Bladder Cancer Litigation.

228.     Speaker – LSBA Section CLE Presentation with Val Exnicios, December 18, 2012 in New Orleans, Louisiana. Topic: Navigating Mass Torts, Class Actions and Consumer Litigation: Avoiding Self-Inflicted Wounds.

229.     Speaker – AAJ 2013 Annual Convention, DePuy Metal on Metal Hip Implant Litigation Group on July 20-23, 2013 in San Francisco, California. Topic: Aggregate Settlement Considerations.

230.    Speaker  – AAJ 2013 Annual Convention, Actos Bladder Cancer Litigation Group on July 20-23, 2013 in San Francisco, California. Topic: MDL Status.

231.    Chairman and Speaker – LSBA 12th Annual Class Action/Complex Litigation Symposium on November 30, 2012 in New Orleans, Louisiana. Topic: Important MDL Trends: What, When and Why to Argue.

232.    Speaker – HarrisMartin's Mass Tort Litigation Conference with Judge Corodemus on March 11, 2013 in New York, New York. Topic: Experience with Experts.

233.    Moderator – 2013 Fifth Circuit Judicial Conference on May 5-8, 2013 in San Antonio, Texas. Topic: MDL/Class Action Current Developments.

234.    Chairman – HarrisMartin's MDL Conference: Fungal Meningitis, Stryker Hip, Mirena IUD and More, November 28, 2012, in Dallas, TX.

235.    Invited Speaker – Duke Law School "The Future of MDL" Conference, May 2 -3, 2013 in Washington, D.C.

236.    Speaker – 2013 Fifth Circuit Judicial Conference, May 5-8, 2013 in Fort Worth, Texas. Topic: Navigating the Mine Field of MDL by Implementing Creative Strategies. Topic: Discovery Issues Associated with Electronically Stored Information.

237.    Co-Chair – HarrisMartin's Complex Litigation Symposium on May 29, 2013 in Chicago, Illinois. Topic: Actos MDL Status.

238.    Moderator and Panelist – Insurance, Tort, Workers' Compensation & Admiralty Law Seminar, LSBA Annual Joint Summer School and Annual Meeting with Judges Brady, Haik, Zainey and Professor Tom Galligan, June 5, 2013 in Destin, Florida.

239.    Moderator and Panelist – 20th Annual Admiralty Symposium on September 20, 2013 in New Orleans, Louisiana.

240.    Moderator and Panelist – 13th Annual Class Action / Complex Litigation Symposium on November 22, 2013 in New Orleans, Louisiana

241.    Speaker – 2014 LSU Law Review MDL Symposium in Baton Rouge, Louisiana. Topic: Collaboration of Judges and Attorneys in MDL Case Management. Topic: Integrating Aggregated and Disaggregated Discovery Issues.

242.    Speaker – LSBA 2014 MDL Conference in New Orleans, Louisiana. Topic: Predictive Coding, ESI and Associated Preservation Obligations.

243.    Interviewed by Andrew Ward for the Financial Times regarding the Actos Bellwether trial verdict announced on April 7, 2014.

244.    Speaker – AAJ Plaintiff-Only Hot Topics and Trends in Litigation Seminar in Chicago, Illinois. Topic: 9 Billion dollar Actos MDL Verdict.

245.    Moderator and Panelist – Insurance, Tort, Workers' Compensation & Admiralty Law Seminar, LSBA Annual Joint Summer School and Annual Meeting with Judge Zainey, Judge Africk, and Peggy Giglio, June 4, 2014 in Destin, Florida.

246.    Speaker – HarrisMartin's CLE Summit on Major Developments in Drug & Medical Device Litigation on June 20, 2014 in New Orleans, Louisiana. Topic: Actos – Trial Update, Litigation Landscape, and Settlement News.

247.    Invited Speaker – AAJ 2014 Annual Convention, DePuy Metal on Metal Hip Implant Litigation Group on July 26, 2014 in Baltimore, Maryland. Topic: Litigation Update.

248.    Invited Speaker – AAJ 2014 Annual Convention, Actos Bladder Cancer Litigation Group on July 28, 2014 in Baltimore, Maryland. Topic: Trial Strategies, Motions in Limine, and Juror Reactions – Lessons Learned.

249.    Invited Speaker – Kentucky Justice Association Annual Convention on September 10, 2014 in Cincinnati, OH. Topic: 9 Bases for a $9 Billion Punitive Damage Award.

250.    Moderator and Panelist – 21st Annual Admiralty Symposium on September 19, 2014 in New Orleans, Louisiana.

251.    Moderator and Panelist – 14th Annual Class Action / Complex Litigation Symposium on November 21, 2014 in New Orleans, Louisiana.

252.    Panelist – LSBA Destin Summer School on June 8, 2015 in Destin, Florida. Topic: Family vs. Efficiency.

253.    Panelist – AJEFO (Association des Juristes d'Expression Francaise de l'Ontario) Annual Conference on June 26, 2015 in Lafayette, Louisiana. Topic: Class actions with an emphasis on the distinctions between Louisiana class actions law and that of Canada.

_____

# MEMBER (PRESENT AND/OR FORMER)

American Bar Association (Admiralty and Maritime Law Committee Port Watch Subcommittee).

Louisiana Trial Lawyers Association.

Mississippi Trial Lawyers Association.

Texas Trial Lawyers Association.

The Association of Trial Lawyers of America.

Southeastern Admiralty Law Institute.

ATLA Breast Implant Litigation Group.

Alexandria Bar Association.

American Inns of Court.

Louisiana Bar Association CLE Committee.

Louisiana State Bar Association Federal Court Bench-Bar Liaison Committee.

Tulane Law School Maritime Seminar Planning Committee 1996/1997.

## MEDIATOR EXPERIENCE

July 29, 2004 served as Mediator in environmental/toxic tort class action, Joe Clark, et al v. Trus Joist MacMillan, a Limited Partnership, et al, Case No. 70287, Division B, 10th Judicial District Court, Natchitoches Parish, Louisiana, plaintiffs represented by William P. Crews, Jr., defendants represented by James P. Dore' of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.

## MASS TORT/CLASS ACTION/MULTIDISTRICT LITIGATION EXPERIENCE

1.  Chairman - 1994/1995 - Law Committee - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

2.  Baxter Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

3.  Dow Chemical Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

4.  Bristol-Myers Squibb Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

5.  Plaintiffs' Steering Committee Member; Frederick Lewis, et al v. Volvo of North America, Inc., et al, Case No. 96-19724, Division F, Civil District Court for the Parish of Orleans, State of Louisiana. (Passenger Air Bag)

6.  Represented class member plaintiffs; John R. Duncan, Sr. and Helene Duncan v. IMC Fertilizer, Inc., Angus Chemical Company and W.W. Patterson, Civil Suit No. 92-0719,  United States District Court, Western District of Louisiana, Monroe Division and Catherine Roberson and Gene Roberson, individually and on behalf of their minor children, Ashley and Gerard Roberson v. IMC Fertilizer, Inc., Angus Chemical Company and W.W. Patterson, Civil Suit No. 92-0720, United States District Court, Western District of Louisiana, Monroe Division. (Burlington Explosion)

7.  Represented class member plaintiffs; In Re:  Orthopedic Bone Screw Products Liability Litigation, MDL Docket No. 1014, United States District Court for the Eastern District of Pennsylvania.

8.  Represented class member plaintiffs; Bobbie Timberlake, et al v. World Rio Corporation, et al, Civil Action No. 95-1291, United States District Court, Central District of California. (Class Action Complaint)

9.  Represented class member plaintiffs; Dalkon Shield Litigation; RE: A.H. Robins Company, Incorporated, Debtor, Chapter 11, Case No. 85-01307-R, United States District Court for the Eastern District of Virginia, Richmond Division.

10. Claimants' Steering Committee Member; In the Matter of the Complaint of Ingram Barge Company, as Owner of the M/V F.R. Bigelow and the IB-960, and Ingram Ohio Barge Co., as Owner Pro Hac Vice of the ING-371, Petitioning for Exoneration from or Limitation of Liability, Civil Action No. 97-226, United States District Court, Middle District of Louisiana. (Chemical Spill Class Action)

11.     Plaintiffs' Steering Committee Member - Dinah Borros and Dianne J. Solsky v. American Home Products Corporation d/b/a Wyeth Ayerst Laboratories, Interneuron Pharmaceuticals, Inc., Quick Trim Clinic of Louisiana, Inc., Aspen Clinic, Inc. and St. Charles General Hospital, Civil Docket No. 97-16466, Civil District Court for the Parish of Orleans, New Orleans, Louisiana. (Fen-Phen)

12.     Plaintiffs' Steering Committee Member - Theresa Marble, Robert Johnson, Lou Daisy Scott and Harry Stovall v. Chrysler Corporation, Civil Action No. 97-2055, United States District Court, Eastern District of Louisiana, New Orleans Division, New Orleans, Louisiana.  (Passenger Air Bag)

13.     Plaintiffs' Steering Committee Member - Damian Castillo, et al, on Behalf of Themselves and all others Similarly Situated v. Mike Tyson; Don King, et al, Supreme Court of the State of New York, County of New York  (Tyson Class Action)

14.     Baxter Healthcare Corporation Settlement Committee - 1997/98 - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

15.     McGhan Medical Corporation 3M Settlement Committee - 1997/98 - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

16.     Appointed by U.S. District Judge Feldman to serve as a member of the Plaintiffs' Steering Committee in In Re: Air Bags Products Liability Litigation, MDL No. 1181.

17.     Appointed by the Court to serve as Co-Lead Counsel, Co-Liaison Counsel and Plaintiffs' Steering Committee Member - Baton Rouge DSI Sulfur Spill - Jimmie Badon, Jr., Individually and on Behalf of his Minor Son, Jimmie Badon, III and Lashawndra Rollins versus DSI Transports, Inc. and Dwight Stewart, Civil Suit No. 450,957 "M," 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

18.     Co-Liaison Counsel and Plaintiffs' Steering Committee Member -  Lead Consolidated Case - Carl Bell, et al  v.  Kaiser Aluminum and Chemical Corp., Civil Action No. 99-2078, U.S. Dist.  Ct. (East. Dist. of La.). Appointed by the Court to serve as Special Liaison Counsel to receive and disseminate all communications from the Court.

19.     Associated as Counsel of Record by Plaintiffs' Steering Committee - Kendrick Milligan and all other similarly situated persons v.  Borden Chemicals and Plastics A/K/A and/or D/B/A BCP Management, Inc., 18th JDC, West Baton Rouge Parish, Louisiana, Civil Action No.  29,282-B consolidated with 29,286-B.

20.     Plaintiffs' Steering Committee Member - Hilda N.  Garrison, Marva Joseph, Todd Powers Powell, Joan B. Wilson,  individually and as Representatives of the Class v. St.  Charles General Hospital, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Touro Infirmary, Individually, and as Representatives of Defendant Class, Parish of Orleans, State of Louisiana, Civil Suit No.  99-9855, Division E, Section 9.

21.     Plaintiffs' Steering Committee Member - Steven M.  Davis, Dawn Davis and Brain Chandler v.  First USA Bank, N.A., 19th JDC, East Baton Rouge Parish, Louisiana, Civil Suit No.  464,834, Division A.

22.     Plaintiffs' Steering Committee Member - Peter Hahn, et al v. Hydrochem Industrial Services, Inc., et al, 24th JDC, Jefferson Parish, Louisiana, Civil Suit No. 544-377, Division  F.

23.     Plaintiffs' Steering Committee Member and Court Appointed Class Counsel - Craig West, et al v.  G & H Seed Co., et al, 27th JDC, St.  Landry Parish, Louisiana, Civil Suit No.  99-C-4984, Division A. (ICON)

24.     Plaintiffs' Steering Committee Member - Clair Falgoust, et al v.  Microsoft Corporation, 23rd JDC, St. James Parish, Louisiana, Civil Suit No.  26,433.

25.     Class Counsel - Tangy Washington, et al v. Donald E. Carlton, et al, United States District Court for the Middle District of Louisiana, Civil Action No. 98-341, Section A, Magistrate (2).

26.     Appointed as Co-Plaintiff Liaison Counsel, Arthur Gregorie, III, et al v. The Burlington Northern and Santa Fe Railway Company, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division, #CV00-1188-LO, Judge Rebecca F. Doherty, Magistrate Judge Methvin.   (New Iberia Train Derailment)

27.     Counsel of Record, Vivian Folse, et al v. C.F. Industries, Inc., 23rd Judicial District Court, St. James Parish, Louisiana, #26728.  (CF Industries Plant Explosion - Donaldsonville, LA)

28.     Counsel of Record, Ronnie Francois, et al v. Norfolk Southern Corporation, et al, Civil District Court, Parish of Orleans, State of Louisiana, #2000-7347, Division E, Sec. 9.  (New Orleans Tank Car)

29.     Plaintiffs' Interim Steering Committee Member and Court Appointed Co-Lead Counsel, Ebony Willis, et al v. Union Pacific Railroad Company, et al, #00-C-2335, Section C, 27th JDC, St. Landry Parish, Louisiana. (Eunice Train Derailment)

30.     Court Appointed Member of the Interim Plaintiffs' Liaison Committee, Eric Vizena, et al v. Union Pacific Railroad Company, 00-1267 (and all related cases) Judge Richard T. Haik, Sr., Magistrate Judge Tynes, U.S. District Court, Western District, Lafayette-Opelousas Division.  (Eunice Train Derailment)

31.     Plaintiffs' Steering Committee Member, Roger and Dianne Crowe v. Pearl River Polymers, Inc., et al, #99-14413 "G," 22nd Judicial District Court,  St. Tammy Parish, LA. (Pearl River)

32.     Counsel in MDL 1363-In Re: Industrial Accident at Donaldsonville, Louisiana, on May 24, 2000.

33.     Counsel in In Re: 1993 Exxon Coker Fire Litigation, Master Docket No. 93-MS-2-A-M2, United States District Court, Middle District of Louisiana.

34.     Counsel in In Re: 1994 Exxon Chemical Plant Fire Litigation, Master Docket No. 94-MS-3-M1, United States District Court, Middle District of Louisiana.

35.     Plaintiffs' Interim Steering Committee Member - Geraldine Taylor, et al  v. Novartis Crop Protection, Inc. and Rudy Lambert, Civil Action No. 00CV635, Sec. "D-3," United States District Court, Middle District of Louisiana.

36.     Discovery Committee Member of the Microsoft Anti-Trust Litigation in MDL #1332. (Microsoft)

37.     Co-Chair of the Interim General Motions, Pleadings and Law Committee in MDL #1355.  (Propulsid)

38.     Plaintiffs' Interim Steering Committee Member - Hoyt Calvey, et al v. Dupre Transport, Inc., #31089 "C," 18th JDC, West Baton Rouge Parish, Louisiana.  (Dupre Transport)

39.     Appointed as member of the Settlement/Alternative Dispute Resolution Committee and Discovery Committee - In Re:  Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires Products Liability Litigation, Master File No. IPOO-9373-C-B/S, MDL No. 1373, United States District Court, Southern District of Indiana, Indianapolis Division (centralized before Hon. Sarah Evans Barker, Chief Judge). (Firestone)

40.     Appointed as member of the Discovery Committee, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

41.     Appointed Co-Chair of the Drafting and Generic Research Committee, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

42.     Appointed as Plaintiffs' State Liaison Counsel by Judge Eldon E. Fallon, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

43.     Appointed as Co-Lead Counsel for the Plaintiffs' Steering Committee by Judge Holdridge, Dale Dennis, et al v. CF Industries, Inc., No. 67,243, Division C, 23rd Judicial District Court, Ascension Parish, Louisiana. (CF Industries)

44.     Appointed as member of the Plaintiffs' Steering Committee by Judge Lemmon in Aline Ricks and Ernest Ricks v. American Home Products Corporation, et al, Civil Action No. 01-0488, Sec. S,  Mag. 2 United States District Court., Eastern District of Louisiana. (PPA)

45.     Appointed as Co-Lead Counsel for the Plaintiffs' Steering Committee by Judge Tureau in Barbara Chapman, et al v. Vulcan Chemicals, a Business Group of Vulcan Materials Company, et al, Civil Docket No. 69,433, 23rd Judicial District Court, Ascension Parish, Louisiana. (Vulcan)

46.     Appointed as Co-Lead and Co-Liaison Counsel for the Plaintiffs' Steering Committee in Mazie Ayo, et al v. The State of Louisiana, Through the Department of Health and Hospitals, Civil Suit Number 483,299, Division H, 19th Judicial District Court, East Baton Rouge Parish, Louisiana. (DHH/Georgia Gulf)

47.     Appointed by Judge Mire on June 20, 2001 as Class Counsel and as an Executive Committee Member, In Re: Gramercy Plant Explosion at Kaiser, Master Docket No. 25975, Division D, 23rd Judicial District Court, St. James Parish, Louisiana.  (Kaiser)

48.     Appointed by Judge Jay C. Zainey on July 23, 2001 as a member of the Plaintiffs' Steering Committee in Alicia Tanguis, et al v. M/V Westchester, et al, Civil Action No. 01-0449 c/w 01-1558, Section N, United States District Court, Eastern District of Louisiana.

49.     Appointed by Magistrate Judge Christine Noland as a member of the Plaintiffs' Steering Committee, In Re: Vulcan Chemicals Litigation, Civil Action No. 01-MD-1-A-M2, United States District Court, Middle District of Louisiana. (Vulcan)

50.     Appointed as a member of the Plaintiffs' Steering Committee and member of the Litigation Deposition Committee, Trial Committee, Class Certification Committee, Settlement Committee, Punitive Damages Development Committee and Chairman of the Pleadings Committee in Noretta Thomas, et al v. A. Wilbert & Sons, L.L.C., et al, Civil Suit No. 55,127, Division B, 18th Judicial District Court, Iberville Parish, Louisiana, And All Related Cases. (Myrtle Grove Trailer Park)

51.     Appointed to the Federal/State Coordination Committee In Re: Phenylpropanolamine Product Liability Litigation, MDL No. 1407, United States District Court, Western District of Washington at Seattle. (PPA)

52.     Appointed as member of the Plaintiffs' Executive Committee, Discovery & Liability Development Committee, Legal Research/Pleadings/Class Certification/Punitive Damages Committee, Trial Committee, Insurance Committee, and Settlement Committee in Jerry Oldham, et al v. State of Louisiana, Through the Department of Health and Hospitals (consolidated cases), Docket No. 55,160-A, 18th Judicial District Court, Iberville Parish, Louisiana. (DHH/Georgia Gulf)

53.     Appointed on January 17, 2002 as member of the State/Federal Coordination Committee by United States District Judge, Barbara Jacobs Rothstein in In Re: Phenylpropanolamine (PPA) Products Liability Litigation, United States District Court, Western District of Washington at Seattle, MDL No. 1407. (PPA)

54.     Appointed as member of the Plaintiffs' Steering Committee in Alice Davis, et al v. Potash Corporation of Saskatchewan Sales, Ltd. A/K/A PCS Nitrogen, No. 51,834 c/w 52,096, c/w 52,097, c/w 52,813, c/w 53,271, c/w 53,283, c/w 53,289, c/w 54,388, 18th Judicial District Court, Iberville Parish, Louisiana. (PCS Nitrogen)

55.     Appointed as member of the Plaintiffs' Steering Committee by United States District Judge James S. Gwin in In Re:  Meridia Product Liability Litigation, MDL No. 1481, United States District Court, Northern District of Ohio, Eastern Division.  (Meridia)

56.     Appointed as member of the Plaintiffs' Steering Committee in In Re: Serzone Products Liability Litigation, MDL No. 1477. (Serzone)

57.     Appointed as Co-Chairman of the Plaintiffs' Discovery Committee by United States Magistrate Judge Mary E. Stanley In Re: Serzone Products Liability Litigation MDL No. 1477, United States District Court, Southern District of West Virginia, Charleston Division. (Serzone)

58.     Appointed by Federal Judge Rebecca F.  Doherty as Class Counsel, Arthur Gregorie, III, et al v. The Burlington Northern and Santa Fe Railway Company, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division, #CV00-1188-LO.  (New Iberia Train Derailment)

59.     Appointed by United States District Judge Joseph R. Goodwin as member of the Plaintiffs' Executive Committee In Re: Serzone Products Liability Litigation, MDL No. 1477, United States District Court for the Southern District of West Virginia, Charleston Division. (Serzone)

60.     Appointed by Federal Judge Richard T. Haik, Sr. to Special Committee for Mediation, Eric Vizena, et al v. Union Pacific Railroad Company, 00-1267 (and all related cases) Judge Richard T. Haik, Sr., Magistrate Judge Tynes, U.S. District Court, Western District, Lafayette-Opelousas Division.  (Eunice Train Derailment)

61.     Appointed by United States District Judge Lemelle to serve as Plaintiffs' Legal Committee member and Expert Committee Co-Chair, Herbert Barnes, et al v. Motiva Enterprises, LLC, et al, Civil Action No. 04-1793 J (2), Judge Lemelle, Magistrate Judge Roby, United States District Court, Eastern District of Louisiana. (Shell)

62.     Appointed by United States District Judge Sarah S. Vance to serve as Liaison Counsel in the Educational Testing Service Praxis Principles of Learning and Teaching: Grades 7-12 Litigation, MDL No. 1643. (ETS PRAXIS)

63.     Appointed by United States District Judge Lemelle to serve as Plaintiffs' Steering Committee member, MDL-1632 – In re High Sulfur Content Gasoline Products Liability Litigation. (Shell)

64.     Appointed to Chair Federal/State Court Liaison Sub-Committee In Re: Neurontin Marketing and Sales Practices Litigation, MDL No. 1629. (Neurontin)

65.     Appointed by U.S. District Judge Eldon E. Fallon to serve as a member of the Plaintiffs' Steering Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

66.     Appointed member of the Administrative Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

67.     Appointed Vice Chair of the Discovery Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

68.     Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

69.    Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel, Plaintiffs' Steering Committee member and Executive Committee member  In Re: Turner v. Murphy Oil USA, Inc. Case Number 05-4206, U.S. District Court, Eastern District of Louisiana. (Murphy Oil)

70.    Appointed by U.S. District Judge Vance to serve as Liaison Counsel, In Re: OCA, Inc. Securities and Deriviative Litigation, Master File No. 05-2165, Section R(3), Judge Vance, United States District Court, Eastern District of Louisiana. (OCA)

71.    Appointed by U.S. District Judge Charles R. Breyer to serve as a member of the Plaintiff's Steering Committee  In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, Case No. M:05-CV-01699-CRB, MDL No. 1699, United States District Court, Northern District of California. (Bextra/Celebrex)

72.    Appointed by U.S. District Judge Donovan W. Frank to serve as a member of the Plaintiffs' Lead Counsel Committee  In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota. (Guidant)

73.    Appointed by U.S. District Judge James M. Rosenbaum to serve as a member of the Plaintiffs' Steering Committee In Re:  Medtronic, Inc. Implantable Defibrillators Litigation, MDL No. 05-1726, United States District Court, District of Minnesota. (Medtronic)

74.    Appointed by U.S. District Judge Ivan L. R. Lemelle, Eastern District of Louisiana, to serve as Plaintiffs Legal Committee member and Expert Committee Co-Chair in the High Sulfur Content Gasoline Products Liability Litigation. (Shell)

75.    Appointed by U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service PRAXIS litigation. (ETS PRAXIS)

76.    Appointed by U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra Products Liability Litigation. (Ortho Evra)

77.    Appointed by U.S. District Judge Catherine D. Perry to serve as a member of the Plaintiffs' Executive Committee In Re LLRICE 601 Contamination Litigation, Case Number 4:06 MD 1811-CDP, U.S. District Court, Eastern District of Missouri, Eastern Division. (Rice Contamination)

78.    Appointed by U.S. District Judge Carl J. Barbier to serve as Class Counsel in Lincoln, et al  v. Shell Pipeline Company, L.P., et al , Civil Action No. 05-CV-4197 c/w 05-CV-4199 and 06-CV-5154, United States District Court, Eastern District of Louisiana. (Shell)

79.    Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court District of Minnesota. (Medtronic)

80.    Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Common Benefit Attorneys' Fees Committee  In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota. (Medtronic)

81.    Appointed by U.S. District Judge Richard H. Kyle and United States Magistrate Judge Janie S. Mayeron to serve on the Plaintiffs' Steering Committee, In Re: Medtronic, Inc., Sprint Fidelis Leads Product Liability Litigation, MDL No. 08-1905. (RHK/JSM), United States District Court, District of Minnesota. (Medtronic Sprint Fidelis)

82.    Appointed by U.S  Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee,  In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota. (Guidant)

83.     Appointed by AAJ to serve as Committee Co-Chair of Foodborne Illness Litigation Group, March 2010.

84.     Appointed by U.S. District Judge Frederick J. Martone, District of Arizona, to serve on the Plaintiffs' Steering Committee in the Zicam Cold Remedy Marketing, Sales Practices and Products Liability MDL Litigation. (Zicam)

85.     Appointed by U.S. District Judge James V. Selna, Central District of California, to serve on the Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions in the Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, MDL 2151. (Toyota)

86.     Appointed by AAJ to serve as Co-Chair of AAJ Gulf Coast Litigation Group as well as Liaison to the main organization. (Deepwater Horizon Oil Spill)

87.     Appointed by AAJ to serve as Co-Chair of AAJ Food Borne Illness Litigation Group. (Food Borne Illness)

88.     Appointed by U.S. District Judge Rodney W. Sippel, United States District Court, Eastern District of Missouri, to serve on the Plaintiffs' Steering Committee in the NuvaRing Products Liability Litigation, MDL No. 1964. (NuvaRing)

89.     Appointed by Judge Leon L. Emanuel, First Judicial District Court, Caddo Parish, Louisiana, to serve as interim Co-Lead Class Counsel in Civil Suit Number 545,245-C, Joey Canterbury, et al v. Willis Knighton Medical Center a/k/a Willis Knighton Health Systems, d/b/a Willis Knighton Pierremont Medical Center. (Willis Knighton)

90.     Appointed by U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the DePuy Hip Litigation, MDL No. 2197. (DePuy)

91.     Appointed by U.S. District Judge Donald C. Nugent, Northern District of Ohio, to serve on the Plaintiffs' Co-Lead Counsel Committee in the Kaba Locks Litigation, MDL No. 2220. (Kaba)

92.     Appointed by the AAJ to serve as Chair and Moderator of the National AAJ Actos Bladder Cancer Litigation Group. (Actos)

93.     Appointed to Plaintiff Steering Committee in the Zimmer Nexgen Knee Implant Products Liability Litigation, MDL No. 2272, Northern District of Illinois. (Zimmer Nexgen Knee)

94.     Appointed to Plaintiffs' Steering Committee in the Dial Complete Marketing and Sales Litigation, MDL 2263, District of New Hampshire. (Dial)

95.     Appointed as Interim Lead Counsel in the Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation, MDL 2284, Eastern District of Pennsylvania. (Imprelis)

96.     Appointed to Plaintiffs' Executive Committee in the DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL 2244, Northern District of Texas. (DePuy Pinnacle)

97.     Appointed as Co-Lead Counsel in Actos Products Liability Litigation, MDL 2299, Western District of Louisiana. (Actos)

98.     Appointed to Executive Steering Committee in Colgate-Palmolive Softsoap Antibacterial Hand Soap Marketing and Sales Practice Litigation, MDL 2320, District of New Hampshire. (Colgate Softsoap)

99.     Appointed to Homeowner Plaintiffs' Steering Committee in MI Windows and Doors Liability Litigation, MDL 2333, District Court of South Carolina. (MI Windows)

100.    Appointed by U.S. District Judge Joseph R. Goodwin, Southern District of West Virginia to serve on Plaintiffs' Steering Committee in the C.R. Bard Inc., Pelvic Repair System Products Liability Litigations, MDL No. 2187, MDL No. 2325, MDL No. 2326 and MDL No. 2327. (Pelvic Repair)

101.    Appointed by U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Pool Products Distribution Market Antitrust Litigation, MDL No. 2328. (Pool Products)

102.    Appointed by U.S. District Judge Kathleen B. Burke, Northern District of Ohio, to serve on the Plaintiffs' Executive Committee in the Gentek Building Products, Inc. and Associated Materials, LLC Litigation. (Gentek)

103.    Appointed by U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the DePuy Orthopaedics, Inc. ASR Hip Implant Products Litigation, MDL No. 2197. (DePuy ASR)

104.    Appointed by U.S. District Judge Robert L. Miller, Jr., Northern District of Indiana, to serve on the Plaintiffs' Steering Committee and the Plaintiffs' Executive Committee in the Biomet M2a Magnum Hip Implant Products Liability Litigation, MDL No. 2391. (Biomet)

105.    Appointed by U.S. District Judge Benita Y. Pearson, Northern District of Ohio, Eastern Division, to serve on the Settlement Class Counsel in the Gentek Building Products Inc., and Associated Materials, LLC. Products Liability Litigation, Case No. 1:10-CV-2093. (Gentek)

106.    Appointed by U.S. District Judge Henry Edward Autrey, Eastern District of Missouri, Eastern Division, to serve on the Executive Committee in the Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation, Case No. 4:12MD2382 HEA. (Emerson Wet Dry Vac)

107.    Appointed to Plaintiffs' Steering Committee in the Long Island Power Authority Hurricane Sandy Litigation, Index No. 601434/2013, Supreme Court State of New York. (LIPA)

108.    Appointed to Plaintiffs' Steering Committee in the Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation, MDL No. 2514. (Pella)