UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: COLGATE-PALMOLIVE )<br>SOFTSOAP ANTIBACTERIAL HAND )<br>SOAP MARKETING AND SALES )<br>PRACTICES LITIGATION )<br>(MDL NO. 2320) )<br>_____) | MDL Docket No. 12-md-2320-PB<br><br>All Actions |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule 23.1 and this Court's Preliminary Approval Order dated June 5, 2015 (Dkt. No. 93) (the "Preliminary Approval Order"), plaintiffs Tracy Nieblas, Shari Elstein, Kristina Pearson, Adam Emery and Jeff Dyke, in their individual capacities and as class representatives ("Plaintiffs"), and Defendant Colgate-Palmolive Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel, file this Joint Motion for Final Approval of Class Action Settlement (the "Joint Motion") and incorporate by reference their Joint Memorandum of Law in Support of Joint Motion for Final Approval of Class Action Settlement which is filed herewith.

The Parties respectfully request that the Court enter an Order:

(1) certifying a Settlement Class pursuant to Fed. R. Civ. P. 23(b)(2), as defined in the proposed Settlement Agreement and Release for settlement purposes only (the "Class");

(2) granting final approval of the proposed settlement of this class action on the terms set forth in the Settlement Agreement; and

(3) granting such further relief as this Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2015 | /s/ Lucy J. Karl<br>Lucy J. Karl<br>NH Bar No. 5547<br>**SHAHEEN & GORDON, P.A.**<br>107 Storrs Street, P.O. Box 2703<br>Concord, New Hampshire 03302<br>Telephone: (603) 225-7262<br>Facsimile: (603) 225-5112<br>lkarl@shaheengordon.com<br><br>*Plaintiffs' Interim Lead Counsel* |
| Dated: August 28, 2015 | Respectfully submitted,<br><br>/s/ Shon Morgan<br>Shon Morgan<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>shonmorgan@quinnemanuel.com<br><br>/s/ Michele E. Kenney<br>Michele E. Kenney<br>NH Bar No. 19333<br>**Pierce Atwood, LLP**<br>One New Hampshire Avenue, Suite 350<br>Portsmouth, New Hampshire 03801<br>Telephone: (603) 433-6300<br>Facsimile: (603) 433-6372<br>danderson@pierceatwood.com<br>*Attorneys for Defendant Colgate-Palmolive Company* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 28, 2015, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to registered counsel of record for each party.

/s/ Lucy J. Karl
Lucy J. Karl (NH Bar # 5547)