# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: COLGATE-PALMOLIVE ) <br> SOFTSOAP ANTIBACTERIAL HAND ) <br> SOAP MARKETING AND SALES ) <br> PRACTICES LITIGATION (MDL No. 2320) ) <br> _____ ) | MDL Docket No. 12-md-2320 <br><br> All Actions |

## NOTICE OF APPEAL

Notice is hereby given that Anna St. John, objector in the above named case, appeals to the United States Court of Appeals for the First Circuit from this Court's Order granting the joint motion for final approval of class action settlement (Dkt. 106) entered in this action on November 16, 2015.

Date: December 14, 2015

/s/ Anna St. John
Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
   CENTER FOR CLASS ACTION FAIRNESS
1899 L St. NW, 12th Floor
Washington, DC 20036
Email: anna.stjohn@cei.org
Telephone: (917) 327-2392

## CERTIFICATE OF SERVICE

   I hereby certify that, on December 14, 2015, I filed electronically a copy of the foregoing Notice of Appeal with the Clerk of Court of the United States District Court for the District of New Hampshire by using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that day.

Dated:  December 14, 2015

                          */s/  Anna St. John*
                          Anna St. John