# United States Court of Appeals
## For the First Circuit

No. 15-2544

IN RE: COLGATE-PALMOLIVE SOFTSOAP ANTIBACTERIAL HAND SOAP MARKETING AND SALES PRACTICES LITIGATION

JEFF DYKE; JEFFREY ROSEN; SHARI ELSTEIN; TRACY NIEBLAS; ADAM EMERY; JOHN KATSIGIANIS; KRISTINA PEARSON; IRENE PORTER; VALERIE DONOHUE; ANGELA JOHNSON

Plaintiffs-Appellees

ROES, 1-100, inclusive

Plaintiff

v.

COLGATE-PALMOLIVE COMPANY

Defendant - Appellee

DOES, 1 through 100, inclusive

Defendant

ANNA ST. JOHN

Interest Party - Appellant

**MANDATE**

Entered: February 18, 2016

In accordance with the judgment of February 18, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Edmund S. Aronowitz
Richard J. Arsenault
Natalie Finkelman Bennett
Tyler Cool
Randall Seth Crompton
Linda D' Agostino
Jayne A. Goldstein
Eric D. Holland
Michele Elizabeth Kenney
Adam J. Levitt
Shon Morgan
Charles E. Schaffer
Michelle Schwanekamp
Joseph J. Siprut
Anna St. John